# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASSURANT, INC., *Plaintiff*, v. INTELLECTUAL VENTURES I LLC, INTELLECTUAL VENTURES II LLC, and CALLAHAN CELLULAR L.L.C., *Defendants*. | C.A. No. 24-cv-344-GBW |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants Intellectual Ventures I LLC, Intellectual Ventures I LLC, and Callahan Cellular L.L.C. move the Court to dismiss Plaintiff Assurant, Inc.'s Complaint for Declaratory Judgment in its entirety. The grounds for this Motion are set forth in the accompanying opening brief.

| | |
|---|---|
| Dated: May 8, 2024 | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>(302) 777-0301 (Fax)<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Defendant, CareDx, Inc.* |

*Of Counsel:*

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
Heather S. Kim
John Downing
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Dr., Suite 200
Redwood Shores, CA 94065
Tel. (650) 453-5170
Fax. (650) 362-9302
JWaldrop@kasowitz.com
DJones@kasowitz.com
HKim@kasowitz.com
MBarber@kasowitz.com
JDowning@kasowitz.com
TNguyen@kasowitz.com


Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, N.E., Suite 2445
Atlanta, Georgia 30309
Tel. (404) 260-6080
Fax. (404) 260-6081
PWilliams@kasowitz.com