# EXHIBIT 1

| | |
|---|---|
| **From:** | Steve Joroff |
| **To:** | Ben Huber |
| **Subject:** | Re: [EXTERNAL] Re: Urgent: Assurant & Intellectual Ventures Financial Services Licensing Program Discussion |
| **Date:** | Tuesday, January 23, 2024 9:28:53 AM |
| **Attachments:** | image001.png<br>Banking Tech Presentation January 2024.pdf<br>IIF Licensing Opp - FinServ_non NDA 20240109.pdf<br>Insurance FinServ Licensing Program.pdf |

Hi Ben,

Thank you for your response and for setting up a meeting for us.
Attached are 3 files with an assortment of non-confidential information. The material covers IV, the IV patent portfolio, the relevance of the portfolio to insurance companies like Assurant and the scope of the IV patent licensing program. I show Assurant US revenue to be $8.39B but please correct me if that is wrong. US revenue will be relevant to the one-page pricing table in the attached files.

I'm happy to answer any questions you may have about the material when we talk.

Best,

**Steve Joroff**
Intellectual Ventures
E - sjoroff@intven.com
M - 732.995.0230
O - 425.247.2280
Schedule a meeting: Use this link to schedule a meeting with Steve

This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email. Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.

---

**From:** Ben Huber <benjamin.huber@assurant.com>
**Sent:** Tuesday, January 23, 2024 12:11 PM
**To:** Steve Joroff <sjoroff@intven.com>
**Subject:** RE: [EXTERNAL] Re: Urgent: Assurant & Intellectual Ventures Financial Services Licensing Program Discussion

> You don't often get email from benjamin.huber@assurant.com. Learn why this is important

Steve,

Thank you for your message. I'm unavailable this week, but have used the Calendly link to schedule some time for us next Thursday, February 1, at 2:00 pm. Based on your message, it seems like there may be some materials you can share with me. If so,I would appreciate you sending those materials to me in advance of our discussion.

Best regards,
Ben

Ben Huber
Lead Counsel, Patents
Assurant
T 704.928.5573

---

**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Monday, January 22, 2024 3:34 PM
**To:** Ben Huber <benjamin.huber@assurant.com>
**Cc:** Alyssa Cassada <alyssa.cassada@assurant.com>; Sheila Garber <sheila.garber@assurant.com>
**Subject:** Re: [EXTERNAL] Re: Urgent: Assurant & Intellectual Ventures Financial Services Licensing Program Discussion

Hi Ben,

While interacting with other licensees, I have found it's a productive use of both of our time to have a 30-minute conversation.
Here are some options for you to choose from:

- Wednesday, January 24 from 9-10amET, 12-2pmET or 3-4pmET
- Thursday, January 25 from 9-11amET or 12-3pmET
- Friday, January 26 from 9-12pmET
- Alternatively, please use the Calendly link in my signature block. It automates the scheduling process.

Please let me know your day/time preference and I'll send a meeting invite.
Best,

**Steve Joroff**
Intellectual Ventures
E - sjoroff@intven.com
M - 732.995.0230
O - 425.247.2280
Schedule a meeting: Use this link to schedule a meeting with Steve

This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email. Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.

---

**From:** Steve Joroff < sjoroff@intven.com >
**Sent:** Thursday, January 18, 2024 2:36 PM
**To:** Sheila Garber < sheila.garber@assurant.com >
**Cc:** Alyssa Cassada < alyssa.cassada@assurant.com >; Ben Huber < benjamin.huber@assurant.com
>

**Subject:** Re: [EXTERNAL] Re: Urgent: Assurant & Intellectual Ventures Financial Services Licensing Program Discussion

Hi Sheila,

Thank you for your note. No problem about the response and thank you for forwarding this to Ben.

Hi Ben,

I look forward to hearing from you. In my experience, an introductory meeting is the best way to get started. I'm happy to share some material in advance of a meeting.

Best,

**Steve Joroff**
Intellectual Ventures
E - sjoroff@intven.com
M - 732.995.0230
O - 425.247.2280
Schedule a meeting: Use this link to schedule a meeting with Steve
This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email. Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.

---

**From:** Sheila Garber < sheila.garber@assurant.com >
**Sent:** Thursday, January 18, 2024 2:18 PM
**To:** Steve Joroff < sjoroff@intven.com >
**Cc:** Alyssa Cassada < alyssa.cassada@assurant.com >; Ben Huber < benjamin.huber@assurant.com >
**Subject:** [EXTERNAL] Re: Urgent: Assurant & Intellectual Ventures Financial Services Licensing Program Discussion

You don't often get email from sheila.garber@assurant.com . Learn why this is important

Dear Mr. Joroff,

Thank you for the follow-up. Neither Alyssa nor I received your original email so we apologize for the lack of response.

As this looks like a patent matter, I've copied my colleague, Ben Huber. He will take a look into this matter. In the meantime, if you have any further information, please send it to his attention.

Thank you,
Sheila

---

**From:** Steve Joroff < sjoroff@intven.com >
**Sent:** Friday, January 12, 2024 9:34 AM
**To:** Sheila Garber < sheila.garber@assurant.com >

**Cc:** Alyssa Cassada < alyssa.cassada@assurant.com >
**Subject:** Urgent: Assurant & Intellectual Ventures Financial Services Licensing Program Discussion
Dear Ms. Garber,
I trust this message finds you well.

I am following up on my previous communication regarding the Intellectual Ventures (IV) Financial Services Patent Licensing Program. As the Vice President of Licensing at IV, we must address the pressing need for a patent license agreement with Assurant.

Our comprehensive program extends to all financial services companies, ensuring fair and impartial financial terms based on each company's U.S. revenue. I want to emphasize that this is not a selective initiative; all companies within the financial services sector are being presented with these terms.

The license terms will be shared with Assurant in advance of any introductory meeting. This is not an offer that can be refused; rather, it is a crucial step to ensure compliance with IV's patent portfolio.

I understand the importance of protecting Assurant's operations and intellectual property rights, and I am committed to facilitating a seamless process. The program is not designed to single out Assurant; instead, it offers an opportunity for the efficient acquisition of rights to our patented technologies.

I request your prompt attention to this matter, and I am available to discuss the license terms in detail at your earliest convenience. Let us work together to secure a licensing agreement that safeguards both Assurant's interests and IV's intellectual property rights.

Thank you for your immediate consideration.

Best,

**Steve Joroff**
Vice President, Licensing
Intellectual Ventures
E - sjoroff@intven.com
M - 732.995.0230
O - 425.247.2280
Schedule a meeting: https://calendly.com/intellectualventures/30min

*This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email. Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Steve Joroff < sjoroff@intven.com >
**Sent:** Wednesday, January 3, 2024 3:56 PM
**To:** sheila.garber@assurant.com < sheila.garber@assurant.com >
**Cc:** alyssa.cassada@assurant.com < alyssa.cassada@assurant.com >
**Subject:** Exploring Intellectual Property Licensing Opportunities - between Intellectual Ventures and Assurant
Dear Ms. Garber,

Allow me to introduce myself; I am Steve Joroff, the Vice President of Licensing at Intellectual Ventures (IV). At IV, I lead a dedicated team responsible for negotiating patent license agreements, particularly within the realm of banking, insurance, and financial services.

I am reaching out to initiate a dialogue concerning intellectual property and licensing matters with Assurant. Exploring the potential synergy between IV's extensive worldwide patent portfolio and Assurant's endeavors could prove mutually advantageous. I propose that our initial discussion cover an overview of IV's expansive patent portfolio and its relevance to Assurant's operations. Subsequently, both parties can collaboratively determine the direction of patent license discussions.

For context, Intellectual Ventures stands as a pioneer in patent aggregation, licensing, and sales. Over the past two decades, we've invested billions in acquiring, maintaining, and licensing patents. Presently, our portfolio boasts over 7,000 active patents procured from esteemed companies, research institutions, and inventors. Notably, these patents cover some of the technology integral to Assurant's daily operations, including cloud computing, networking, security, storage, digital payments, and utilization of open-source software, among others.

I eagerly await your response and the proposal of suitable dates and times for our inaugural discussion. I believe our collaboration holds the potential for substantial mutual benefit and innovation.

Thank you for your attention, and I look forward to our imminent interaction.

Best,

**Steve Joroff**
Vice President, Licensing
Intellectual Ventures
E - sjoroff@intven.com
M - 732.995.0230
O - 425.247.2280
Schedule a meeting: https://calendly.com/intellectualventures/30min

*This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email. Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

This e-mail message and all attachments transmitted with it may contain legally privileged and/or confidential information intended solely for the use of the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, forwarding or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message

and all copies and backups thereof. Thank you.

# EXHIBIT 2

# Banking Tech Presentation

**CONFIDENTIAL – SUBJECT TO FRE 408**

This document contains confidential and/or proprietary information that shall not be distributed, routed, or otherwise made available without the permission of Intellectual Ventures Management LLC.
Copyright © 2023 Intellectual Ventures Management, LLC. All rights reserved.

January 9, 2024

# Legal Disclaimer

The information provided in and with this presentation is provided as of the date this presentation is first delivered and contains proprietary information that shall not be further distributed or redistributed.

Information regarding any patents provided herein is for illustrative purposes only and the fact that any particular patent or patent claim has been or is now being presented should not be interpreted to mean that such patents/patent claims are the "only" or "best" that could be presented. IIF offers options to license its entire patent portfolio as well as a license to (a) any and all patents that formed the basis of any EOUs, or (b) specifically identified patents selected, in either case, with the availability of any such license not being conditioned upon licensing any of the other IIF patents.

Interpretation of claim terminology is a matter of claim construction that is reserved for the courts. The use of any claim terminology in this presentation does not represent the final position on claim construction, nor is it an admission of claim construction. The parties understand that claim terms may be modified or adapted which may result in multiple or alternate interpretations of claim language. The parties acknowledge that a future position regarding any patent or patent claim may change or be contrary to any position taken with respect to such patent/patent claim in this presentation. Similarly, no position is being taken with respect to whether any patent or patent claim is essential or non-essential to any standard, nor whether any patent or patent claim confers a market dominant position.

Certain information contained in this presentation constitutes "forward-looking statements," which can be identified by the use of forward-looking terminology such as "may," "will," "should," "expect," "anticipate," or "believe," the negatives thereof or comparable terminology. Actual events or performance may differ materially from those contemplated in such forward-looking statements.

Certain information contained herein has been obtained from sources prepared by third parties. While such information is believed to be reliable for the purpose used herein, IV does not assume any responsibility for the accuracy or completeness of such information and has not independently verified such information.

Any oral comments or suggestions are made to facilitate communication and are not final or binding on the parties. There is no obligation on the part of any party with respect to any transactions contemplated herein and any such transactions will be subject to separately negotiated definitive agreement(s), including any other necessary documents related to the agreement(s), that have been approved and executed by the applicable parties.

All trademarks and tradenames used herein are the property of their respective owners.

CONFIDENTIAL – SUBJECT TO FRE 408
Copyright © 2023 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# The IIF Portfolio spans 16 different Technology Blocks

Relevant to the Financial Services Industry

## …many of which are relevant to the financial services industry

| Block | Assets | Technology |
|---|---|---|
| WCT | *987 Assets (592 US)* | Wireless Communications Technologies |
| WBC | *174 Assets (117 US)* | Wire Based Communications |
| HCI | *175 Assets (151 US)* | Hybrid Cloud Infrastructure |
| SSM | *706 Assets (395 US)* | Server, Storage, and Memory Components |
| MCD | *531 Assets (422 US)* | Media Creation and Delivery |
| CDR | *238 Assets (207 US)* | Content Discovery and Recommendation |
| NNV | *691 Assets (449 US)* | Networking and Network Virtualization |
| SAA | *356 Assets (268 US)* | Security and Authentication |
| DIA | *620 Assets (393 US)* | Data & Image Acquisition |
| LBS | *69 Assets (36 US)* | Location Based Services |
| UXD | *392 Assets (272 US)* | UI/UX, Digital Displays |
| DPI | *122 Assets (103 US)* | Digital Payments Infrastructure |
| AVE | *156 Assets (111 US)* | Autonomous Vehicle Engineering |
| CAP | *159 Assets (125 US)* | Compute and Advanced Processing |
| SPF | *1,635 Assets (1,132 US)* | Semiconductors, Process and Fabrication |
| RDM | *331 Assets (272 US)* | Record & Document Management |

*As of July 1, 2023*

CONFIDENTIAL – SUBJECT TO FRE 408
Copyright © 2023 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# Big Data and Enabling Technologies in Banking




https://easternpeak.com/blog/big-data-in-banking-and-financial-services/#:~:text=The%20benefits%20of%20big%20data,%2C%20subsequently%2C%20obtain%20business%20results




Financial services

76% of financial services institutions are currently big data users. [1]

Financial services institutions use big data for customer analytics to personalize their offers (93%), as well as for risk assessment (89%), fraud detection (86%) and security threat detection (86%). [2]

Top 3 extra use cases that financial services institutions planned to add in 2017-2018 were location-based security analysis (66%), algorithmic trading (57%), and influencer analysis (37%). [2]

In 2017, the top area that financial services institutions were investing in was predictive analytics (38%). However, in 2018's list of priorities, it fell to the second place (with 29%), giving way to a new leader – AI and machine learning. [3]

https://www.scnsoft.com/blog/big-data-use-cases-stats-and-examples

*IV Analysis:*
*Big Data Infrastructure*




A Timeline of the Contribution of HADOOP on the Fraud Detection in the Banking Sectors






Elasticsearch performance and availability improvement for a global financial services conglomerate.



https://intellipaat.com/blog/a-timeline-of-the-contribution-of-hadoop-on-the-fraud-detection-in-the-banking-sectors/

https://www.kai-waehner.de/blog/2021/01/18/apache-kafka-financial-services-industry-open-banking-api-finserv-payment-fraud-middleware-messaging-transactions/

CONFIDENTIAL – SUBJECT TO FRE 408
Copyright © 2023 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# U.S. Pat. No. 8,332,844 - Patent Overview

(12) **United States Patent**
**Kulkarni et al.**

(54) **ROOT IMAGE CACHING AND INDEXING FOR BLOCK-LEVEL DISTRIBUTED APPLICATION MANAGEMENT**

(75) Inventors: **Pradip Kulkarni**, Pune (IN); **Mukul Kumar**, Pune (IN); **Adhir Potdar**, Pune (IN); **Richard Au**, Woodside, CA (US); **Tung Nguyen**, Cupertino, CA (US)

(73) Assignee: **Emendable Assets Limited Liability Company**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1193 days.

(21) Appl. No.: **11/709,477**

(22) Filed: **Feb. 21, 2007**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 11/395,816, filed on Mar. 30, 2006, now Pat. No. 7,721,282, which is a continuation-in-part of application No. 11/026,622, filed on Dec. 30, 2004, now abandoned.

(51) **Int. Cl.**
***G06F 9/445*** (2006.01)
(52) **U.S. Cl.** .......... **717/176**
(58) **Field of Classification Search** .......... 345/557; 717/176
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,113,523 | A | 5/1992 | Colley |
| 5,127,104 | A | 6/1992 | Dennis |
| 5,175,852 | A | 12/1992 | Johnson et al. |
| 5,764,902 | A | 6/1998 | Rothrock |
| 5,974,547 | A | 10/1999 | Klimenko |
| 5,999,734 | A | 12/1999 | Willis |
| 6,018,747 | A | 1/2000 | Burns |

(12) **United States Patent**
**Kulkarni et al.**

(10) **Patent No.:** **US 8,332,844 B1**
(45) **Date of Patent:** **Dec. 11, 2012**

(54) **ROOT IMAGE CACHING AND INDEXING FOR BLOCK-LEVEL DISTRIBUTED APPLICATION MANAGEMENT**

(75) Inventors: **Pradip Kulkarni**, Pune (IN); **Mukul Kumar**, Pune (IN); **Adhir Potdar**, Pune (IN); **Richard Au**, Woodside, CA (US); **Tung Nguyen**, Cupertino, CA (US)

(73) Assignee: **Emendable Assets Limited Liability Company**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1193 days.

(21) Appl. No.: **11/709,477**

(22) Filed: **Feb. 21, 2007**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 11/395,816, filed on Mar. 30, 2006, now Pat. No. 7,721,282, which is a continuation-in-part of application No. 11/026,622, filed on Dec. 30, 2004, now abandoned.

(51) **Int. Cl.**
***G06F 9/445*** (2006.01)
(52) **U.S. Cl.** .......... **717/176**
(58) **Field of Classification Search** .......... 345/557; 717/176
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,113,523 | A | 5/1992 | Colley |
| 5,127,104 | A | 6/1992 | Dennis |
| 5,175,852 | A | 12/1992 | Johnson et al. |
| 5,764,902 | A | 6/1998 | Rothrock |
| 5,974,547 | A | 10/1999 | Klimenko |
| 5,999,734 | A | 12/1999 | Willis |
| 6,018,747 | A | 1/2000 | Burns |

| | | | | |
|---|---|---|---|---|
| 6,101,576 | A * | 8/2000 | Kobayashi et al. | 711/122 |
| 6,195,680 | B1 | 2/2001 | Goldszmidt | |
| 6,292,941 | B1 | 9/2001 | Jollands | |
| 6,421,777 | B1 * | 7/2002 | Pierre-Louis et al. | 713/2 |
| 6,442,605 | B1 | 8/2002 | Rodriguez | |
| 6,502,238 | B1 | 12/2002 | Pavan et al. | |
| 6,597,956 | B1 | 7/2003 | Aziz | |
| 6,606,744 | B1 | 8/2003 | Mikurak | |
| 6,745,192 | B1 | 6/2004 | Libenzi | |
| 6,751,658 | B1 * | 6/2004 | Haun et al. | 709/222 |
| 6,779,177 | B1 | 8/2004 | Bahrs | |
| 6,871,219 | B2 | 3/2005 | Noordergraaf | |
| 6,938,057 | B2 | 8/2005 | Gusler | |
| 6,986,005 | B2 | 1/2006 | Vo | |
| 6,990,513 | B2 | 1/2006 | Belfiore | |

(Continued)

OTHER PUBLICATIONS

Calzarossa, M., and M. Kubát, "Processor Allocation in Parallel Systems," Proceedings of the IEEE International Conference on Computer Systems and Software Engineering (COMPEURO '91), Bologna, Italy, May 13-16, 1991, pp. 133-137.

(Continued)

*Primary Examiner* — Edward Martello
(74) *Attorney, Agent, or Firm* — Christensen O'Connor Johnson Kindness PLLC

(57) **ABSTRACT**

Described herein is technology for, among other things root image caching and indexing for block-level distributed application management. The technology involves storing blocks of a root image on a first storage unit and storing blocks of leaf images on respective second storage units. The leaf images include additional data blocks not previously contained in the root image and changes made by respective compute nodes to the blocks of the root image. The technology includes caching blocks of the root image that have been accessed by at least one compute node. The technology also includes receiving indexing results pertaining to the root image from one compute node and providing the results for other compute nodes.

**27 Claims, 6 Drawing Sheets**




Sample Product: docker

CONFIDENTIAL – SUBJECT TO FRE 408
Copyright © 2023 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# U.S. Pat. No. 8,332,844 - Claim 7 Example

7. A method for providing data to a plurality of compute nodes, comprising:
storing blocks of a root image of said compute nodes on a first storage unit;
storing leaf images for respective compute nodes on respective second storage units, said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image, wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes; and
caching blocks of said root image that have been accessed by at least one of said compute nodes in a cache memory.

## Docker overview

Docker is an open platform for developing, shipping, and running applications. Docker enables you to separate your applications from your infrastructure so you can deliver software quickly. With Docker, you can manage your infrastructure in the same ways you manage your applications. By taking advantage of Docker's methodologies for shipping, testing, and deploying code quickly, you can significantly reduce the delay between writing code and running it in production.

*Source: https://docs.docker.com/...*

## The Docker platform

Docker provides the ability to package and run an application in a loosely isolated environment called a container. The isolation and security allows you to run many containers simultaneously on a given host. Containers are lightweight and contain everything needed to run the application, so you do not need to rely on what is currently installed on the host. You can easily share containers while you work, and be sure that everyone you share with gets the same container that works in the same way.




*Source: https://docs.docker.com/storage/storagedriver/*




*Source: https://docs.docker.com/get-started/overview/*


Copyright © 2023 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# U.S. Pat. No. 7,949,785 - Patent Overview

(12) **United States Patent**
**Alkhatib et al.**

(54) **SECURE VIRTUAL COMMUNITY NETWORK SYSTEM**

(75) Inventors: **Hasan S. Alkhatib**, Saratoga, CA (US); **Fouad A. Tobagi**, Los Altos, CA (US); **Farid F. Elwailly**, San Jose, CA (US)

(73) Assignee: **Inpro Network Facility, LLC**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 685 days.

(21) Appl. No.: **10/403,818**

(22) Filed: **Mar. 31, 2003**

(65) **Prior Publication Data**

US 2004/0249911 A1 Dec. 9, 2004

(51) **Int. Cl.**
***G06F 15/16*** (2006.01)

(52) **U.S. Cl.** .......................................... **709/245**; 726/15

(58) **Field of Classification Search** .................. 709/245; 726/15

See application file for complete search history.

US007949785B2

(12) **United States Patent**
**Alkhatib et al.**

(10) **Patent No.:** **US 7,949,785 B2**
(45) **Date of Patent:** **May 24, 2011**

(54) **SECURE VIRTUAL COMMUNITY NETWORK SYSTEM**

(75) Inventors: **Hasan S. Alkhatib**, Saratoga, CA (US); **Fouad A. Tobagi**, Los Altos, CA (US); **Farid F. Elwailly**, San Jose, CA (US)

(73) Assignee: **Inpro Network Facility, LLC**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 685 days.

(21) Appl. No.: **10/403,818**

(22) Filed: **Mar. 31, 2003**

(65) **Prior Publication Data**

US 2004/0249911 A1 Dec. 9, 2004

(51) **Int. Cl.**
***G06F 15/16*** (2006.01)

(52) **U.S. Cl.** .......................................... **709/245**; 726/15

(58) **Field of Classification Search** .................. 709/245; 726/15

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,159,592 A 10/1992 Perkins
5,361,256 A 11/1994 Doeringer
5,563,878 A 10/1996 Blakeley
5,623,605 A 4/1997 Keshav
5,701,427 A 12/1997 Lathrop
5,717,686 A 2/1998 Schiavoni
5,717,687 A 2/1998 Minot
5,734,651 A 3/1998 Blakeley
5,751,961 A 5/1998 Smyk
5,754,938 A * 5/1998 Herz et al. .................. 725/116
5,764,906 A 6/1998 Edelstein
5,777,989 A 7/1998 McGarvey
5,781,550 A 7/1998 Templin
5,790,548 A 8/1998 Sistanizadeh
5,793,763 A 8/1998 Mayes
5,805,818 A 9/1998 Perlman
5,805,820 A 9/1998 Bellovin
5,815,664 A 9/1998 Asano
5,826,014 A 10/1998 Coley
5,856,974 A 1/1999 Gervais
5,864,666 A 1/1999 Shrader
5,867,667 A 2/1999 Butman
5,884,038 A 3/1999 Kapoor
(Continued)

FOREIGN PATENT DOCUMENTS

EP 0 817 444 A2 1/1998

OTHER PUBLICATIONS

Venters, Demystifying Protocols: A comparison of Protocols Suitable for IP Telephony, Sonus Networks, pp. 1-11, 2000.

(Continued)

*Primary Examiner* — Douglas B Blair
(74) *Attorney, Agent, or Firm* — McAndrews, Held & Malloy, Ltd.

(57) **ABSTRACT**

A private virtual dynamic network is provided for computing devices coupled to public networks or private networks. This enables computing devices anywhere in the world to join into private enterprise intranets and communicate with each other. In one embodiment, the present invention provides a separate private virtual address realm, seen to each user as a private network, while seamlessly crossing public and private network boundaries. One implementation of the present invention uses an agent to enable an entity to participate in the network without requiring the member to add new hardware or software.

**90 Claims, 21 Drawing Sheets**




Sample Product: kubernetes

CONFIDENTIAL – SUBJECT TO FRE 408
Copyright © 2023 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# U.S. Pat. No. 7,949,785 - Claim 30 Example

**30.** A virtual network manager, comprising:

a network interface configured for data communication via a virtual network that is defined by a domain name having an associated public network address;

a memory and a processor to implement a register module configured to register devices in a virtual network, the register module further configured to:

receive a registration request from an agent associated with a device;

distribute a virtual network address to the device when the device is registered in the virtual network, the device being identified to other devices in the virtual network by the virtual network address; and

a DNS server for the virtual network, the DNS server configured to receive a DNS request from a first device in the virtual network, and return a network address associated with a network route director, a private network address associated with a second device in the virtual network, and a virtual network address associated with the second device.




*Source:. https://kubernetes.io/docs/concepts/overview/components/*

## DNS for Services and Pods

kubernetes

Kubernetes creates DNS records for Services and Pods. You can contact Services with consistent DNS names instead of IP addresses.

Kubernetes publishes information about Pods and Services which is used to program DNS. Kubelet configures Pods' DNS so that running containers can lookup Services by name rather than IP.

Services defined in the cluster are assigned DNS names. By default, a client Pod's DNS search list includes the Pod's own namespace and the cluster's default domain.

*Source: https://kubernetes.io/docs/concepts/services-networking/dns-pod-service/#pod-s-dns-config*

A Service in Kubernetes is an abstraction which defines a logical set of Pods and a policy by which to access them. Services enable a loose coupling between dependent Pods. A Service is defined using YAML or JSON, like all Kubernetes object manifests. The set of Pods targeted by a Service is usually determined by a *label selector* (see below for why you might want a Service without including a `selector` in the spec).

*Source: https://kubernetes.io/docs/tutorials/kubernetes-basics/expose/expose-intro/*




*Source: https://kubernetes.io/docs/tutorials/kubernetes-basics/update/update-intro/*

CONFIDENTIAL – SUBJECT TO FRE 408
Copyright © 2023 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# Connectivity in Banking

| CURRENT | FUTURE |
|---|---|




https://teltonika-networks.com/use-cases/retail/empowering-atm-connectivity/

Optimising Point-of-Sale solutions through Smart Cellular Connectivity




https://thepaypers.com/expert-opinion/optimising-point-of-sale-solutions-through-smart-cellular-connectivity--1262587










https://www2.deloitte.com/content/dam/Deloitte/pt/Documents/technology-media-telecommunications/TEE/5G-The-future-of-banking.pdf

https://etinsights.et-edge.com/when-banking-meets-5g-ushering-in-a-new-era-of-banking-innovation/

https://cionews.co.in/atms-to-give-talking-experience-with-5g/

CONFIDENTIAL – SUBJECT TO FRE 408
Copyright © 2023 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# U.S. Pat. No. 8,064,382 - Patent Overview

(54) **APPARATUS AND METHOD FOR SCHEDULING IN A WIRELESS COMMUNICATION SYSTEM**

(75) Inventors: **Haris Zisimopoulos**, Reading (GB); **Chandrika Worrall**, Newbury (GB)

(73) Assignee: **Wireless Technology Solutions LLC**, New York, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 939 days.

(21) Appl. No.: **11/864,640**

(22) Filed: **Sep. 28, 2007**

(65) **Prior Publication Data**

US 2009/0086705 A1 Apr. 2, 2009

US008064382B2

(12) **United States Patent**
**Zisimopoulos et al.**

(10) **Patent No.: US 8,064,382 B2**
(45) **Date of Patent: Nov. 22, 2011**

(54) **APPARATUS AND METHOD FOR SCHEDULING IN A WIRELESS COMMUNICATION SYSTEM**

(75) Inventors: **Haris Zisimopoulos**, Reading (GB); **Chandrika Worrall**, Newbury (GB)

(73) Assignee: **Wireless Technology Solutions LLC**, New York, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 939 days.

(21) Appl. No.: **11/864,640**

(22) Filed: **Sep. 28, 2007**

(65) **Prior Publication Data**

US 2009/0086705 A1 Apr. 2, 2009

(51) **Int. Cl.**
***H04B 7/212*** (2006.01)

(52) **U.S. Cl.** ........................ **370/322**; 370/329; 370/348

(58) **Field of Classification Search** .......... 370/329–332, 370/233, 230, 468, 412, 347, 235.1; 455/436, 455/453, 452.2
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2009/0046642 A1 * 2/2009 Damnjanovic ................ 370/329
2009/0168793 A1 * 7/2009 Fox et al. ...................... 370/412

FOREIGN PATENT DOCUMENTS

WO WO 2006/117251 11/2006

OTHER PUBLICATIONS

"MBR and AMBR enforcement in UL" 3GPP Draft: R2-070494, tsg_ran\WG2_RL2\TSGR2_57\Documents, Feb. 7, 2007.*
International Search Report Dated Feb. 25, 2009 from PCT/EP2008/062149.
"MBR and AMBR Enforcement in UL" 3GPP TSG RAN2 #57, St. Louis, USA Feb. 12-16, 2007.

* cited by examiner

*Primary Examiner* — Chi Pham
*Assistant Examiner* — Kouroush Mohebbi
(74) *Attorney, Agent, or Firm* — Fitch Even Tabin & Flannery

(57) **ABSTRACT**

A method of scheduling an uplink (UL) data packet on a packet data network (PDN) connection of at least one radio bearer by a wireless communication unit comprises receiving, by the wireless communication unit, a signalling message comprising at least one scheduling priority parameter assigned to at least one uplink radio bearer, wherein the at least one scheduling priority parameter is based on at least one characteristic of the PDN connection that the radio bearer belongs to. The method further comprises determining, from the at least one scheduling priority parameter, at least one user transmission priority level associated with at least one PDN connection of at least one radio bearer; and scheduling at least one uplink data packet transmission in response to the at least one user transmission priority level.

**20 Claims, 7 Drawing Sheets**




Sample Product: 3GPP


Copyright © 2023 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# U.S. Pat. No. 8,064,382 - Claim 14 Example

**14.** A wireless communication unit for scheduling an uplink (UL) data packet on a packet data network (PDN) connection of at least one radio bearer in a wireless communication system, the wireless communication unit comprising:

a receiver for receiving a signalling message comprising at least one scheduling priority parameter assigned to at least one uplink radio bearer, wherein the at least one scheduling priority parameter is based on an aggregate maximum bit rate to be enforced for the PDN connection that the radio bearer belongs to;

logic for determining from the at least one scheduling priority parameter at least one user transmission priority level associated with at least one PDN connection of at least one radio bearer; and

scheduler logic for scheduling, by the wireless communication unit, at least one uplink data packet transmission in response to the at least one user transmission priority level.

- The ETSI/3GPP standard, including specifically:
  - ✓ 3GPP TS 38.300 V16.4.0 (2021-01)
  - ✓ 3GPP TS 38.321 V16.1.0 (2020-07)
  - ✓ 3GPP TS 24.501 V16.5.1 (2020-08)
  - ✓ 3GPP TS 38.322 V16.1.0 (2020-07)
  - ✓ 3GPP TS 38.331 V16.1.0 (2020-07)
  - ✓ 3GPP TS 23.501 V16.6.0 (2020-10)

### 10.5.2 Uplink

The UE has an uplink rate control function which manages the sharing of uplink resources between logical channels. RRC controls the uplink rate control function by giving each logical channel a priority, a prioritised bit rate (PBR), and a buffer size duration (BSD). The values signalled need not be related to the ones signalled via NG to the gNB. In addition, mapping restrictions can be configured (see clause 16.1.2).

The uplink rate control function ensures that the UE serves the logical channel(s) in the following sequence:

1. All relevant logical channels in decreasing priority order up to their PBR;
2. All relevant logical channels in decreasing priority order for the remaining resources assigned by the grant.

NOTE 1: In case the PBRs are all set to zero, the first step is skipped and the logical channels are served in strict priority order: the UE maximises the transmission of higher priority data.

NOTE 2: The mapping restrictions tell the UE which logical channels are relevant for the grant received. If no mapping restrictions are configured, all logical channels are considered.

*Source: (link) 3GPP TS 38.321 V16.1.0 Page 49 of 153*




**Figure 12-1: QoS architecture**

*Source: (link) 3GPP TS 38.300 V16.4.0 Page 100 of 151*

CONFIDENTIAL – SUBJECT TO FRE 408
Copyright © 2023 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# FinTech: Mobile Banking and Payments










https://www.orientsoftware.com/blog/build-a-banking-app/
https://medium.com/@echoinnovate-it/mobile-banking-app-app-features-benefits-ultimate-guide-89f3c540e9f4



*We are at the dawn of a new era*

- With the addition of an SDK component, comprehensive integration with mobile apps is now possible, allowing merchants to natively integrate 3D Secure into their mobile apps.
- Dramatically increases the user experience on mobile devices, including non-browser based platforms and mobile integration
- The merchant's platform will only require additional authentication if the risk is high – that will happen in only a small percentage of the transactions
- Merchants can ensure that the authentication process looks and feels consistent with the rest of the app
- Biometric authentication whilst still in the merchant's app it will likely just feel like a valid security measure
- Authentication activity will be invisible to the cardholder







https://3dsecure2.com/


Copyright © 2023 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# U.S. Pat. No. 7,314,167 - Patent Overview

(12) **United States Patent**
**Kiliccote**

(10) **Patent No.:** **US 7,314,167 B1**
(45) **Date of Patent:** **Jan. 1, 2008**

(54) **METHOD AND APPARATUS FOR PROVIDING SECURE IDENTIFICATION, VERIFICATION AND AUTHORIZATION**

(75) Inventor: **Han Kiliccote**, Los Altos, CA (US)

(73) Assignee: **Pisafe, Inc.**, Sunnyvale, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 232 days.

(21) Appl. No.: **11/075,493**

(22) Filed: **Mar. 8, 2005**

(51) **Int. Cl.**
*G06K 5/00* (2006.01)

(52) **U.S. Cl.** ........................................ **235/380**; 235/382

(58) **Field of Classification Search** ................ 235/380, 235/375, 379, 382, 382.5; 705/39, 76; 340/10.52, 340/10.3, 5.8; 358/1.15, 1.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2003/0216831 A1 * 11/2003 Hart et al. .................. 700/235
2004/0125402 A1 * 7/2004 Kanai et al. ............... 358/1.15
2006/0087407 A1 * 4/2006 Stewart et al. ........... 340/10.52
2006/0095369 A1 * 5/2006 Hofi ............................ 705/39

* cited by examiner

*Primary Examiner*—Thien Minh Le
(74) *Attorney, Agent, or Firm*—Pillsbury Winthrop Shaw Pittman LLP

(57) **ABSTRACT**

An apparatus for providing a secure transaction is disclosed. The apparatus includes an image capture device configured to capture an image, the image having information embedded therein, a memory configured to store predetermined information, an input unit configured to receive input information provided by a user, a processor configured to: verify the user based on the input information to ensure that the user is authorized to use the apparatus, and generate an output based on the information embedded in the image and the predetermined information, and an output unit configured to forward the output generated by the processor.

**43 Claims, 13 Drawing Sheets**

Sample Product: Zelle

CONFIDENTIAL – SUBJECT TO FRE 408
Copyright © 2023 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# U.S. Pat. No. 7,314,167 - Claim 43 Example

Zelle

**43**. A method of providing secure transaction, the method comprising:

configuring a portable device to:

capture an image, the image having information embedded therein;

store predetermined information;

receive input information provided by a user;

verify the user based on the input information to ensure that the user is authorized to use the portable device;

generate an output based on the information embedded in the image and the predetermined information; and

forward the generated output to the user, wherein

the portable device includes one of a cell phone, a personal digital assistant, and a smartcard.



## How do I use a Zelle® QR code?

Zelle® QR code provides peace of mind knowing you can send money to the right person, without typing an email address or U.S. mobile number.

- Find Zelle® in your banking app, click "Send," then click on the QR code icon displayed at the top of the "Select Recipient" screen.
- Your phone's camera will open.
- To send money using a Zelle® QR code, simply point your camera at the recipient's Zelle® QR code, enter the amount, hit "Send," and the money is on the way!

When sending money to someone new, it's always important to confirm the recipient is correct by reviewing the displayed name before sending money.

https://www.zellepay.com/faq/how-do-i-use-zelle-qr-code



It's in a lot of banking apps.

Zelle® is available in the mobile banking apps of more than 2,100 financial institutions, and probably yours! So, whether you're paying the babysitter to watch the kids on date night or paying back your buddies for some takeout, sending money with Zelle® means never having to download another app.



You can use it with friends at other banks.[1]

Zelle® works between U.S.-based banks. Which means, even if you bank somewhere different than your friends and family do,[1] you can still use Zelle® to safely send and receive money straight from your banking app.

https://www.zellepay.com/


Copyright © 2023 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# U.S. Pat. No. 10,567,391 - Patent Overview

(12) **United States Patent**
**Hardt**

(54) **GRADUATED AUTHENTICATION IN AN IDENTITY MANAGEMENT SYSTEM**

(71) Applicant: **Callahan Cellular L.L.C.**, Wilmington, DE (US)

(72) Inventor: **Dick C. Hardt**, Vancouver (CA)

(73) Assignee: **Callahan Cellular L.L.C.**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/417,361**

(22) Filed: **May 20, 2019**

(65) **Prior Publication Data**

US 2019/0273747 A1 Sep. 5, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 15/172,008, filed on Jun. 2, 2016, now Pat. No. 10,298,594, which is a (Continued)

(51) **Int. Cl.**
***H04L 29/06*** (2006.01)
***G06F 17/30*** (2006.01)
***G06F 15/16*** (2006.01)
***G06F 7/04*** (2006.01)
***G06F 21/60*** (2013.01)

(52) **U.S. Cl.**
CPC .......... ***H04L 63/105*** (2013.01); ***G06F 21/606*** (2013.01); ***H04L 63/08*** (2013.01); ***H04L 63/1416*** (2013.01); ***H04L 63/1466*** (2013.01); *H04L 63/0428* (2013.01); *H04L 63/0815* (2013.01)

**Related U.S. Application Data**

continuation of application No. 14/622,722, filed on Feb. 13, 2015, now Pat. No. 9,398,020, which is a continuation of application No. 14/015,813, filed on Aug. 30, 2013, now Pat. No. 8,959,652, which is a continuation of application No. 11/039,885, filed on Jan. 24, 2005, now Pat. No. 8,527,752.

Provisional application No. 60/605,150, filed on Aug. 30, 2004, provisional application No. 60/579,890, filed on Jun. 16, 2004.

US010567391B2

(12) **United States Patent**
**Hardt**

(10) **Patent No.: US 10,567,391 B2**
(45) **Date of Patent: *Feb. 18, 2020**

(54) **GRADUATED AUTHENTICATION IN AN IDENTITY MANAGEMENT SYSTEM**

(71) Applicant: **Callahan Cellular L.L.C.**, Wilmington, DE (US)

(72) Inventor: **Dick C. Hardt**, Vancouver (CA)

(73) Assignee: **Callahan Cellular L.L.C.**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/417,361**

(22) Filed: **May 20, 2019**

(65) **Prior Publication Data**

US 2019/0273747 A1 Sep. 5, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 15/172,008, filed on Jun. 2, 2016, now Pat. No. 10,298,594, which is a (Continued)

(51) **Int. Cl.**
***H04L 29/06*** (2006.01)
***G06F 17/30*** (2006.01)
***G06F 15/16*** (2006.01)
***G06F 7/04*** (2006.01)
***G06F 21/60*** (2013.01)

(52) **U.S. Cl.**
CPC .......... ***H04L 63/105*** (2013.01); ***G06F 21/606*** (2013.01); ***H04L 63/08*** (2013.01); ***H04L 63/1416*** (2013.01); ***H04L 63/1466*** (2013.01); *H04L 63/0428* (2013.01); *H04L 63/0815* (2013.01)

(58) **Field of Classification Search**
CPC ... H04L 63/105; H04L 63/08; H04L 63/1416; H04L 63/1466; H04L 63/0428; H04L 63/0815; G06F 21/606
USPC .......... 726/4
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,837,501 A 9/1974 Pielkenrood
4,067,813 A 1/1978 Pielkenrood
(Continued)

FOREIGN PATENT DOCUMENTS

AU 2003240323 A1 12/2003
CA 2222480 A1 7/1998
(Continued)

OTHER PUBLICATIONS

"724 Solutions—Products—Financial Services," www.724.com, Sep. 25, 2001, 1 page.
(Continued)

*Primary Examiner* — Monjur Rahim
(74) *Attorney, Agent, or Firm* — Perkins Coie LLP

(57) **ABSTRACT**

A method and system for graduated security in an identity management system utilize differing levels of time sensitivity, channel security and authentication security to provide a multi-dimensional approach to providing the right fit for differing identity requests. The differing levels of security can be selected by user preference, membersite request or homesite policy.

**20 Claims, 8 Drawing Sheets**




Sample Product: 3DSecure2

CONFIDENTIAL – SUBJECT TO FRE 408
Copyright © 2023 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# U.S. Pat. No. 10,567,391 - Claim 18 Example

**18.** A system for implementing variable transaction security levels, the system comprising:
at least one memory;
at least one interface configured to:
receive a first request for user authentication as part of a first usage event, wherein the first request for user authentication includes information about a first type of transaction to be performed by a user during the first usage event;
receive a second request for user authentication as part of a second usage event,
wherein the second request for user authentication includes information about a second type of transaction to be performed by the user during the second usage event,
and wherein the second type of transaction is different from the first type of transaction; and
one or more processors configured to:
perform at least one transaction associated with the first request at a first transaction security level by selecting a first transaction mechanism having the first transaction security level, wherein the first transaction mechanism is selected based on the first type of transaction to be performed by the user during a first usage event; and
perform at least one transaction associated with the second request at a second transaction security level by selecting a second transaction mechanism having the second transaction security level,
wherein the second transaction mechanism is selected based on the second type of transaction to be performed by the user during the second usage event,
and wherein the first transaction security level is different from the second transaction security level.

## 3D SECURE 2.0 IS ON THE WAY WITH:

3DSecure2



### *Frictionless Flow*

LEARN MORE

Frictionless Flow is perhaps the biggest improvement made to this 16 years old protocol. By performing risk-based authentication in the access control server (ACS), issuers are now able to approve a transaction without the need for input from the cardholder. That means no more annoying pop-up windows, and having to remember static passwords, removing friction from the checkout process; hence "frictionless flow".

Source: https://3dsecure2.com/

## HOW DOES THIS PROMOTE FRICTIONLESS FLOW?

Thanks to risk-based authentication performed in the ACS, frictionless flow allows issuers to approve a transaction without the need to interact with the cardholder.

When the customer makes an online purchase they would add an item to their shopping cart, fill out the normal purchase information and then proceed to confirm the purchase.

Details of the purchase including device data, item purchased and value are submitted to the ACS server to determine the authenticity of the cardholder.

The ACS will then screen it with the risk-based elements. If the risk is deemed to be low, the ACS can authenticate the customer passively and not bother them with the extra confirmation.

This is a frictionless process for the customer as it happens behind the scenes. They are directed straight to the purchase confirmation screen, without even knowing that their transaction was screened.

The merchant's platform will only require additional authentication if the risk is high. Through the use of risk-based authentication, the plan with 3D Secure 2.0 is for this to happen in only a small percentage of the transactions.

## WHAT IS RISK-BASED AUTHENTICATION?

Risk-based authentication is simply the process of determining the risk attached to a particular transaction and, based on the risk level, whether or not the user should be challenged with the additional authentication steps.

By supporting richer data exchanges and additional data sharing during online transactions, 3D Secure 2.0 enhances the risk-based authentication capabilities of merchants and issuers.

The additional data elements at the time of the transaction can be used by both the issuer and the merchant to make a more informed decision as for whether or not to go ahead with 3D Secure authentication steps.

Transactions are screened for elements that would put it in different risk categories.

These risk-based elements include:

- The value of the transaction
- New or existing customer
- Transactional history
- Behavioural history
- Device information

Source: https://3dsecure2.com/frictionless-flow/

CONFIDENTIAL – SUBJECT TO FRE 408
Copyright © 2023 Intellectual Ventures Management, LLC (IV).
All rights reserved.

INTELLECTUAL VENTURES®

# EXHIBIT 3

# IIF LICENSING OPPORTUNITY: FINANCIAL SERVICES

January 2024

**CONFIDENTIAL – SUBJECT TO FRE 408**

Copyright © 2024 Intellectual Ventures Management, LLC (IV). All rights reserved


This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.

# Legal Disclaimer

The information provided in and with this presentation is provided as of the date this presentation is first delivered. This presentation is confidential and remains the property of Intellectual Ventures Management.

Information regarding any patents provided herein is for illustrative purposes only and the fact that any particular patent or patent claim has been or is now being presented should not be interpreted to mean that such patents/patent claims are the “only” or “best” that could be presented. IIF offers options to license its entire patent portfolio as well as a license to (a) any and all patents that formed the basis of any EOUs, or (b) specifically identified patents selected, in either case, with the availability of any such license not being conditioned upon licensing any of the other IIF patents.

Interpretation of claim terminology is a matter of claim construction that is reserved for the courts. The use of any claim terminology in this presentation does not represent the final position on claim construction, nor is it an admission of claim construction. The parties understand that claim terms may be modified or adapted which may result in multiple or alternate interpretations of claim language. The parties acknowledge that a future position regarding any patent or patent claim may change or be contrary to any position taken with respect to such patent/patent claim in this presentation. Similarly, no position is being taken with respect to whether any patent or patent claim is essential or non-essential to any standard, nor whether any patent or patent claim confers a market dominant position.

Certain information contained in this presentation constitutes “forward-looking statements,” which can be identified by the use of forward-looking terminology such as “may,” “will,” “should,” “expect,” “anticipate,” or “believe,” the negatives thereof or comparable terminology. Actual events or performance may differ materially from those contemplated in such forward-looking statements.

Certain information contained herein has been obtained from sources prepared by third parties. While such information is believed to be reliable for the purpose used herein, IV does not assume any responsibility for the accuracy or completeness of such information and has not independently verified such information.

Any oral comments or suggestions are made in an effort to facilitate communication and are not final or binding on the parties. There is no obligation on the part of any party with respect to any transactions contemplated herein and any such transactions will be subject to separately negotiated definitive agreement(s), including any other necessary documents related to the agreement(s), that have been approved and executed by the applicable parties.

All trademarks and tradenames used herein are the property of their respective owners.

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.



INTELLECTUALVENTURES®

# Executive Summary

- Intellectual Ventures (IV) formed and continues to manage the **Invention Investment Funds (IIF)** – the largest and most well-known patent aggregator worldwide
- IIF has **deployed nearly $3B to** acquire, maintain and monetize a large global patent portfolio and has generated **many billions in revenue** as a result
- **Over 100 companies are licensees** to the IIF portfolio, including 40% of the top 50 global technology companies – many of the **licensees provide financial services**
- **90+% of licenses** are granted **without the need for litigation**, and litigation settlements have resulted in a license to all or part of the IIF portfolio
- **IIF strategically sells* patents** to companies who further extract value from the unlicensed portion of the market, continuously increasing risk for unlicensed parties; **Over 750 patents** sold by IIF made their way into litigation by both Operating Companies (OpCos) and Patent Assertion Entities (PAEs) – **many in the financial services industry have been impacted by IIF-divested patents**
- A license now includes the option to license all of IIF's **6,500+ patent assets**†, including all patent assets divested by IIF in the future

**Upon a sale of an asset, IIF transfers all substantial rights in that asset*
*†As of December 1, 2023*

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.



INTELLECTUALVENTURES®

# Agenda

- **Overview of Invention Investment Funds (IIF)**
- **IIF Portfolio's Relevancy to Banks**
- **Divestitures Create Risk for Banks**
- **Benefits of an IIF License**

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.

# Formation of IIF Funds— a Milestone in Patent Aggregation



**Nathan Myhrvold**

***Co-Founder & CEO***
Previously Chief Strategist and CTO at Microsoft



**Edward Jung**

***Co-Founder***
Previously Chief Architect at Microsoft



**Peter Detkin**

***Co-Founder***
Previously VP & Assistant General Counsel at Intel

**Year Founded: 2000**

**Philosophy: Identify and purchase patents representing key innovations**

**Committed Capital[1]: $5B+**

**Patents Acquired[1]: 50,000+**

**Revenue to Date[1]: $4.7B+**

***"Connecting a network of sellers, buyers, and investors of invention"***

[1]*Numbers pertain to IIF funds*

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.



INTELLECTUALVENTURES®

# IIF invested billions to acquire tens of thousands of patents

## IIF has been one of the leading buyers of brokered patent assets for years




**$2.2B Upfront Spend** **~50K Int'l Assets** **~30K US Assets**

- From 2003-2013, IIF spent approximately $**2.2B** acquiring **~81,000 total assets** for the IIF Portfolio
- IIF acquired these assets in over **2,000 unique deals**
- IIF has spent over **$700M** to prosecute and maintain the IIF Portfolio
- **Over 6,500** patent assets are active today

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.



INTELLECTUALVENTURES®

# IIF's flagship portfolio includes assets from global leaders

## Sources span the innovation value chain, from basic research to industry leaders

| | *Total # of deals by source* | *Selected examples from among ~1,500 sources* |
|---|---|---|
| Gov't/Research Agencies | *50+* | KAIST Korea Advanced Institute of Science and Technology; ITRI Industrial Technology Research Institute; Fraunhofer; U.S. NAVAL RESEARCH LABORATORY; ETRI Electronics and Telecommunications Research Institute |
| Universities/ Individual Inventors | *600+* | University of California; 香港城市大學 City University of Hong Kong; University of British Columbia; Caltech; NUS National University of Singapore |
| Small- to Mid-Size Companies | *1,100+* | Transmeta Corporation; Telcordia; General Magic; UNIVA; coraid; IPWireless; CONEXANT Experience Smart; SS8; sensoria; MOSAID; MagnaChip |
| Large Companies[1] | *250+* | *Automotive*: Daimler, Delphi Technologies; *Consumer Electronics*: motorola, NOKIA; *Industrials*: Raytheon, Lockheed Martin; *Cloud/Infrastructure*: NEC, Alcatel·Lucent; *Semi/Components*: NXP, ST |

[1]Defined as companies with +$500M in annual revenue

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.

# IIF buying program includes several marquee acquisitions

## These headline deals helped Intellectual Ventures “kickstart the secondary market in patents”[1]

**Apple, Google and others win as Kodak sells patents to Intellectual Ventures and RPX Corporation for $525m**

MATT BRIAN — Dec [illegible] APPLE

- Seminal portfolio for digital imaging and image software comprised of over 2,000 US and int’l assets
- Licensing-grade, litigation-tested patent assets
- IIF led a consortium consisting of over a dozen members receiving a license under these patents, solidifying its role as an IP leader

*Source: thenextweb.com*

**Intellectual Ventures Acquires Transmeta Patent Portfolio**

January 28, 2009 *BELLEVUE, Wash.*

- Nearly 300 patents and applications covering low-power processors used across mobile devices, “code morphing” techniques, and very long instruction word design architecture
- Previous licensing of portfolio generated over $300M in revenue

*Source: Intellectual Ventures press release*

**IV Collaborates with NVIDIA to Acquire Essential Wireless Patents**

May 14, 2012

- Over 500 patents and applications covering LTE, LTE-Advanced, and 3G/4G technologies, including SEPs
- Acquired in partnership with NVIDIA
- Deal strengthened NVIDIA’s defensive positioning and substantially reduced litigation risk to market from a strong mobile portfolio

*Source: Intellectual Ventures press release*

*1‘Top buyer Intellectual Ventures…’, IAM blog, April 2017*

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.



INTELLECTUALVENTURES®

# There are over 6.5K active patent assets across the IIF portfolio

## Substantial asset count across major geographies over the next decade




[1]*As of December 2023*

### As of December 2023

- ~2,932 active families
- ~2,186 assets with a remaining life of greater than 3.5 years

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.



INTELLECTUALVENTURES®

# The IIF Portfolio is still under active development

## Our internal prosecution teams continue to mine specifications for valuable innovations

**>70**

Families with open apps

- Wireless Communications
- Content Delivery & Streaming
- Networking
- Content Discovery
- *…and more*

**>70**

Unique invention sources

Telcordia. AT&T
NOKIA IPWireless
verizon RECURSION SOFTWARE, Inc

**>45**

Geographic coverage of filed applications



***IIF has successfully prosecuted thousands of applications, with 7,250+ patents granted since acquisition. And we continue to prosecute . . .***

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.



INTELLECTUALVENTURES®

# The importance of IIF assets has been widely recognized

## 40% of top-50[1] global technology companies have completed a license deal with IIF

Apple, SAMSUNG, LG Life's Good, NOKIA Connecting People, SONY, htc quietly brilliant, FUNAI, KYOCERA, HUAWEI

AMD, Infineon technologies, Micron, ELPIDA, NANYA, TOSHIBA, SK hynix, LATTICE SEMICONDUCTOR, Microsemi

NVIDIA, CYPRESS, SILICON LABS, XILINX, ALTERA, ERICSSON, ciena, hp, Actiontec, windstream

gm, TOYOTA, FRONTIER, Hewlett Packard Enterprise, f5, Deutsche Telekom, OLD REPUBLIC INSURANCE COMPANY

Additional Companies available only under NDA

[1]*Based on 2021 revenue and sourced from Fortune*

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.

# IIF portfolio repeatedly validated in litigation

## IIF has filed 160+ cases to date, against 85+ companies, generating ~$1B of licensing revenue

- Cases filed in the US (District Court, Federal Circuit, ITC) and in EU (Germany, France)
- IIF has contested 210+ PTAB proceedings
- Over 85 appeals pursued at the Federal Circuit
- In 6 of 7 trials, juries have found at least 1 asserted patent infringed and have found all infringed patents valid

***Exemplary Technologies***

Connected Devices | Cloud | Telecom | Networking | Memory & FPGA | Auto




INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.



INTELLECTUALVENTURES®

# IIF recent litigation campaigns

***Where necessary, IIF enters into multi-patent/multi-tech litigation campaigns to support its licensing efforts***

| Campaign | Defendants | Filing Year | Status | Patents in suit | General Tech Areas |
|---|---|---|---|---|---|
| **Financial Services** | JP Morgan Chase, Comerica, Liberty Mutual | 2023 | Active | 7280998, 7314167, 7712080, 7949785, 8332844, 8407722 | Big Data & Enabling Technologies, Mobile Transactions |
| **Connected Devices** | Extreme, Lenovo, OnePlus, TCL, TP-Link, Zebra, Ubiquiti | 2023 | Active/Resolved | 7089443, 7325140, 7386036, 7623439, 7646835, 8474016, 8594122, RE44706 | Processing, Wi-Fi |
| **Automotive** | GM, Honda, Toyota, Volvo | 2021, 2022, 2023 | Active/Resolved | 6832283, 7382771, 7484008, 7684318, 7891004, 8811356, 8953641, 9232158, 9291475, 9602608, 9681466, 9934628, 10292138 | LTE, Wi-Fi, Vehicle Networks, Navigation, Camera systems |
| **Server/Storage** | EMC, NetApp, HPE, VMware | 2016, 2020 | Resolved | 6516442, 6618736, 6633945, 6775745, 6779082, 6816464, 6968459, 7325140, 7464240, 7555586, 7783788, 7822841, 7882320, 8275827, 8474016, 9098685, RE42153, RE44818 | Storage Redundancy, Processing, SATA, Flash Memory, Cloud Storage, Virtualization |
| **Networking** | Arista, HPE (Aruba) | 2019, 2020 | Resolved | 6618736, 6816464, 7016963, 7173931, 7949752, 7623439, 8023991, 8725132, 9092546, 9338217, 9686378, 11265787, RE42153, RE42726, RE43051, RE44686, RE44818, RE44706 | WiFi-802.11x, Enterprise WLAN systems, Network Switching, Virtualization |
| **Printing** | HP, Inc. | 2020 | Resolved | 6841830, 7038819, 8427716 | Printer, MOSFET, Scanners |
| **US & EP Telecom** | AT&T, Ericsson, Sprint, T-Mobile, Frontier, Bouygues, Orange, SFR, Deutsche Telekom, Telefonica, Vodafone | 2015 - 2018 | Active/Resolved | 5339352, 5534912, 5557677, 5602831, 5768509, 5790548, 5790793, 5960032, 5963557, 6023783, 6101182, 6115737, 6131032, 6170073, 6246695, 6266348, 6370153, 6424636, 6498808, 6567473, 6628629, 6640248, 6647068, 6654410, 6667991, 6798735, 6952408, 6977944, 7136392, 7269127, 7272171, 7343011, 7359971, 7385994, 7412517, 7450957, 7496674, 7508876, 7649928, 7787431, 7817532, 7826545, 7848353, 7860175, 8045601, 8078200, 8310993, 8369275, 8396079, 8682357, 8897828, 8953641, 9320018, 9532330, 9681466, RE41490, RE43306, RE46206, EP0896488, EP1034002, EP1261177, EP1304002, EP1327374, EP1344323, EP1362446, EP1641174, EP1694020, EP1779545, EP2027681, EP2146439, | 3G, LTE, DSL, Compression, Wi-Fi, Wired Networking, OSS/BSS |

*As of November 2023*

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.



INTELLECTUALVENTURES®

# IIF litigation tends to be in multiple waves

***HPE Example:***

***Six cases with 22 IIF patents filed***

***New Waves Targeted New Revenue Streams***

***Exposure Increased as Time Passed***

| | | | |
|---|---|---|---|
| Intellectual Ventures I LLC et al v. Hewlett Packard Enterprise Company | 1-22-cv-01350 | DDE | Oct. 13, 2022 |
| Intellectual Ventures II LLC v. Hewlett Packard Enterprise Co. | 6-22-cv-00703 | WDTX | Jun. 30, 2022 |
| Hewlett Packard Enterprise Company v. Intellectual Ventures I LLC et al | 1-22-cv-00730 | DDE | Jun. 02, 2022 |
| Intellectual Ventures II LLC v. Hewlett Packard Enterprise Co. | 6-21-cv-01298 | WDTX | Dec. 15, 2021 |
| Intellectual Ventures I LLC et al v. Hewlett Packard Enterprise Co. | 6-21-cv-00596 | WDTX | Jun. 11, 2021 |
| Intellectual Ventures I LLC et al v. Hewlett Packard Enterprise Company | 6-21-cv-00226 | WDTX | Mar. 09, 2021 |

**INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408**
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.

# Examples of recent resolutions of IIF litigation campaigns

Following a productive end to 2022, IIF continues right where they left off – ringing in the New Year with a new licensing agreement.

On January 4, 2023, Intellectual Ventures (IV®) announced it has entered into an intellectual property license agreement with Hewlett Packard Enterprise (HPE), providing access to IV's Invention Investment Fund patent portfolio. "Through this agreement, HPE gets ready access to a broad set of inventions. This comprehensive license brings an end to all litigation between both parties," said Mathen Ganesan, executive vice president Invention Investment Funds at Intellectual Ventures.

---

INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,

Plaintiffs,

v.

HP INC.,

Defendant.

Civil Action No. 6:20-cv-624

JURY TRIAL DEMANDED

ORDER OF DISMISSAL WITH PREJUDICE

SIGNED this 18th day of June, 2021.

---

LAW360

Portfolio Media, Inc. | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

## Intellectual Ventures, Honda Agree To End Wireless IP Dispute

By **Lauren Berg**

Law360 (February 2, 2023, 6:17 PM EST) -- Patent licensing company Intellectual Ventures and Honda Motor Co. Ltd. told a Texas federal judge Wednesday that they have worked out a resolution to their intellectual property dispute over wireless communications patents.

The companies in a brief joint motion to dismiss told U.S. District Judge Ada Brown that they have resolved both Intellectual Ventures' claims and Honda's counterclaims in the suit that was **first filed** in the Eastern District of Texas before it was **refiled this past April** in Texas' Northern District, alleging that Honda's infotainment systems, 4G platform, GPS system and Wi-Fi connectivity infringe nearly a dozen patents.

---

Bloomberg Law

April 7, 2023, 1:01 PM

## GM Settles Ex-Microsoft CTO's Patent Suit Over OnStar System

**Laurel Brubaker Calkins**

- Trtial had been set to start in West Texas July 25
- Case centered on wireless communications patents

General Motors Co. agreed in principle to settle a patent infringement lawsuit over theOnStar wireless communications system used in its Cadillac, Chevrolet, GMC and Buick brands.

Western District of Texas Judge Alan Albright on Friday stayed all deadlines and gave the parties until May 17 to finalize their deal. The largest US automaker and plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC—a pair of patent management companies founded in 2000 by Nathan Myhrvold, Microsoft's former chief technology officer—informed him of the pact Thursday.

---

**Civil Action No. 2:21-cv-00389-JRG-RSP**

Dated: February 24, 2023

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "IV" or "Plaintiffs") and Defendants Toyota Motor Corp, Toyota Motor North America, Inc., Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales, U.S.A, Inc. (collectively, "Toyota" or "Defendants") jointly move the Court to stay all pending deadlines and adjourn the hearing set for March 7, 2023. The parties have reached an agreement in principle that resolves all disputes in the above-captioned litigation. The parties request that the case be stayed until March 27, 2023, so that they can finalize a formal agreement. The parties do not make this motion for purposes of delay, but for good cause.

---

INTELLECTUAL VENTURES I LLC,

Plaintiff,

v.

EXTREME NETWORKS, INC.,

Defendant.

Civil Action No. 23-cv-489-JNR

NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff dismisses this action with prejudice.

Dated: August 8, 2023 Respectfully submitted,

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.



INTELLECTUALVENTURES®

# Agenda

- Overview of Invention Investment Funds (IIF)
- IIF Portfolio's Relevancy to Banks
- Divestitures Create Risk for Banks
- Benefits of an IIF License

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.



INTELLECTUALVENTURES®

# The IIF Portfolio spans 16 different Technology Blocks…

Relevant to the Financial Services and Insurance Industries

## …many of which are relevant to the financial services industry

| Block | Assets | EOUs | Last Expiry | Technology |
|---|---|---|---|---|
| WCT | *932 Assets (551 US)* | *588 EOUs (95 Assets)* | *May 2035 Last Expiry* | Wireless Communications Technologies |
| WBC | *145 Assets (93 US)* | *25 EOUs (9 Assets)* | *Oct 2030 Last Expiry* | Wire Based Communications |
| HCI | *145 Assets (125 US)* | *315 EOUs (24 Assets)* | *Jan 2034 Last Expiry* | Hybrid Cloud Infrastructure |
| SSM | *619 Assets (352 US)* | *99 EOUs (20 Assets)* | *Apr 2032 Last Expiry* | Server, Storage, and Memory Components |
| MCD | *475 Assets (385 US)* | *102 EOUs (41 Assets)* | *Mar 2034 Last Expiry* | Media Creation and Delivery |
| CDR | *221 Assets (202 US)* | *109 EOUs (29 Assets)* | *Sep 2033 Last Expiry* | Content Discovery and Recommendation |
| NNV | *599 Assets (385 US)* | *96 EOUs (30 Assets)* | *Mar 2036 Last Expiry* | Networking and Network Virtualization |
| SAA | *308 Assets (237 US)* | *134 EOUs (33 Assets)* | *Jun 2032 Last Expiry* | Security and Authentication |
| DIA | *562 Assets (358 US)* | *46 EOUs (20 Assets)* | *Mar 2034 Last Expiry* | Data & Image Acquisition |
| LBS | *65 Assets (32 US)* | *45 EOUs (5 Assets)* | *May 2032 Last Expiry* | Location Based Services |
| UXD | *351 Assets (242 US)* | *64 EOUs (17 Assets)* | *Aug 2033 Last Expiry* | UI/UX, Digital Displays |
| DPI | *112 Assets (94 US)* | *21 EOUs (9 Assets)* | *Jul 2034 Last Expiry* | Digital Payments Infrastructure |
| AVE | *117 Assets (86 US)* | *75 EOUs (19 Assets)* | *Apr 2033 Last Expiry* | Autonomous Vehicle Engineering |
| CAP | *140 Assets (110 US)* | *24 EOUs (8 Assets)* | *Nov 2031 Last Expiry* | Compute and Advanced Processing |
| SPF | *1,491 Assets (1,034 US)* | *193 EOUs (57 Assets)* | *Jun 2033 Last Expiry* | Semiconductors, Process and Fabrication |
| RDM | *253 Assets (211 US)* | *22 EOUs (13 Assets)* | *Oct 2033 Last Expiry* | Record & Document Management |

*As of December 1, 2023*

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.



INTELLECTUALVENTURES®

# IIF Technology Blocks – active asset counts

| Technology Block | Total Assets | Granted Patents | Pending Apps | | Europäisches Patentamt European Patent Office Office européen des brevets | | ROW |
|---|---|---|---|---|---|---|---|
| Autonomous Vehicle Engineering | 117 | 115 | 2 | 86 | 19 | 3 | 9 |
| Compute & Advanced Processing | 140 | 139 | 1 | 110 | 9 | 7 | 14 |
| Content Discovery & Recommendation | 221 | 209 | 12 | 202 | 8 | 2 | 9 |
| Data & Image Acquisition | 562 | 559 | 3 | 358 | 42 | 30 | 132 |
| Digital Payments Infrastructure | 112 | 108 | 4 | 94 | 7 | 2 | 9 |
| Hybrid Cloud Infrastructure | 145 | 141 | 4 | 125 | 6 | 4 | 10 |
| Location Based Services | 65 | 63 | 2 | 32 | 28 | 1 | 4 |
| Media Creation & Delivery | 475 | 463 | 12 | 385 | 46 | 12 | 32 |
| Networking & Network Virtualization | 599 | 594 | 5 | 385 | 116 | 35 | 63 |
| Record & Data Management | 253 | 252 | 1 | 211 | 10 | 9 | 23 |
| Security, Authentication & Authorization | 308 | 303 | 5 | 237 | 41 | 9 | 21 |
| Semiconductors, Process and Fabrication | 1,491 | 1,487 | 4 | 1,034 | 129 | 102 | 226 |
| Server, Storage & Memory | 619 | 619 | 0 | 352 | 58 | 65 | 144 |
| UI/UX, Digital Displays | 351 | 346 | 5 | 242 | 24 | 19 | 66 |
| Wired-Based Communications | 145 | 144 | 1 | 93 | 32 | 6 | 14 |
| Wireless Communications | 932 | 908 | 24 | 551 | 233 | 51 | 97 |
| | **6,535** | **6,450** | **85** | **4,497** | **808** | **357** | **873** |

*ROW – Rest of world* *As of December 1, 2023*

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.



INTELLECTUALVENTURES®

# The IIF Portfolio is relevant to various standards and platforms

## IIF assets are relevant to a wide spectrum of standards platforms used across several industries

**Cellular**

3G 4G LTE 5G HD+

**WiFi**

Wi-Fi 4 802.11n
Wi-Fi 5 802.11ac
Wi-Fi 6 802.11ax
Wi-Fi Hotspot
Wi-Fi Direct
Wi-Fi WPA3

**Auto-Specific**

MOST Cooperation
FlexRay
AUTOSAR

**Video Codecs**

H.264 MPEG-4/AVC
H.265 HEVC High Efficiency Video Coding
AV1

**Semi**

*Cortex-A & Cortex-M*
ARM big.LITTLE
JEDEC *Low Power DDR (LPDDR)*

**Other Stds & Platforms**

Bluetooth
SAML v2.0
OAuth 2.0
User Authentication

**Big Data & Enabling Technologies**

Apache Airflow
Apache kafka
kubernetes
docker
presto
Flink
splunk
redis
hadoop
Apache Spark
druid
cassandra

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.



INTELLECTUALVENTURES®

# IIF Portfolio reads on many Open-Source / Enabling Technologies

## Containerization & Microservices

docker
uses OS-level virtualization to deliver software in packages called containers.

kubernetes
a platform for automating deployment, scaling, and operations of application containers across clusters of hosts.

## Data Ingest

Apache kafka
a unified, high-throughput, low-latency platform for handling real-time data feeds.

NATS
a messaging system that acts as a distributed messaging queue for cloud native applications

RabbitMQ
a message-oriented middleware based on Advanced Message Queuing Protocol

## Data Processing

Apache Spark
a cluster-computing framework with implicit data parallelism and fault tolerance.

samza
a near-real time, asynchronous computational framework for stream processing

## Querying

Apache HBASE
A non-relational distributed database that runs on top of Hadoop

druid
a distributed data store designed to quickly ingest massive quantities of data and provide low-latency queries on top of the data.

presto
a SQL query engine that enables queries of data from multiple data sources within a single query.

Kafka Connect
a centralized data hub for simple data integration between databases, key-value stores, search indexes, and file systems.

## Data Storage

mongoDB
a database management system for processing jobs involving data that doesn't fit well in a rigid relational model.

cassandra
a NoSQL database system designed to handle large amounts of data across many commodity servers.

SCYLLA
is distributed NoSQL column-oriented data store.

## Data Storage

hadoop
a framework for distributed storage and processing of big data using the MapReduce programming model.

redis
a distributed in-memory key–value database

elasticsearch
a distributed, multitenant-capable full-text search engine with an HTTP web interface and schema-free JSON documents.

## Coordinate/Schedule

Apache Airflow
uses directed acyclic graphs (DAGs) to manage workflow orchestration.

Flink
a stream-processing framework that executes arbitrary dataflow programs in a data-parallel and pipelined manner

APACHE STORM
a distributed stream processing computation framework.

Luigi
an execution framework that supports tasks dependencies and includes a central scheduler for building data pipes

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.

# Tech Focus: Big Data & Open Source / Enabling Technologies - Overview




***IIF has patents that are applicable across the plethora of BIG DATA Architectures and OSS applications***
***<u>(500+ claim charts</u> against these technologies, and that number continues to grow)***

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.



INTELLECTUALVENTURES®

# Agenda



- Overview of Invention Investment Funds (IIF)
- IIF Portfolio's Relevancy to Banks
- Divestitures Create Risk for Banks
- Benefits of an IIF License

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.



INTELLECTUALVENTURES®

# IIF Divestitures creates market risk

- IIF has consistently ranked as one of the **largest patent sellers** on the market (see IAM rankings)
- IIF **sells select patents** from its vast portfolio to optimize the portfolio, generate economic returns and achieve strategic licensing objectives
- IIF has **sold over 6,000 active assets** and contracted nearly a quarter billion dollars of revenue
- Buyers include OpCos, Financial Investors, and PAEs
- **750+ sold IIF patents litigated** by various buyers in **1,900+ litigation cases** against **1,450+ defendants**
- IIF intends to **continue to sell patents** and, based on past experience, expects a majority of those buyers will enforce purchased patents in litigation

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.

# Divestitures create inefficiencies for unlicensed companies




- **These sales create inefficiencies for unlicensed companies, who then need to resolve risk serially in the open market**
- **Unlicensed companies face high-stakes and expensive patent litigation, with potential for:**
  - **Injunctions**
  - **Exclusion orders**
  - **Patent damages in the form of lost profits and running royalties**
- **Competitors are acquiring IIF assets and using them to improve cross-licensing positions**

***IIF sales create a many-to-many licensing dynamic***

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.



INTELLECTUALVENTURES®

# Litigation from buyers of IIF assets has ramped up

## New Cases in Litigation on IIF sold patents continues to increase




*As of November 2023*

Case filings based on publicly available information

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.



INTELLECTUALVENTURES®

# Financial Services cos. have been targeted by divested assets

## 70+ cases filed against 73 Banking/Insurance/Trading Co's with ~30 divested IIF patents




Case filings based on publicly available information

*Chart shows relative number of cases per defendant*




INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.



INTELLECTUALVENTURES®

# Agenda

- **Overview of Invention Investment Funds (IIF)**
- **IIF Portfolio's Relevancy to Banks**
- **Divestitures Create Risk for Banks**
- **Benefits of an IIF License**

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.

# IIF Portfolio License Opportunity

- IIF's **6,500+ active patent assets** are the culmination of hundreds of millions of dollars in R&D investment from notable entities
- IIF Portfolio is **market-validated with multiple licensees, including those from the financial services industry**
- **A single license to a diverse set of inventions in the IIF Portfolio** is more economical than cost/time of internal R&D or acquisition of similarly diverse patented technologies
- **The aggregation era has ended** and IIF has developed a strategy to transfer large marquee portfolios and focused portfolios to PAEs who have run well-funded campaigns
- A license now includes the option to license all of IIF's **6,500+ patent assets**, including all patent assets divested by IIF in the future

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.



INTELLECTUALVENTURES®

INTELLECTUAL VENTURES®

INTELLECTUAL VENTURES CONFIDENTIAL - SUBJECT TO FRE 408
This document contains confidential and/or proprietary information that shall not be distributed, routed or made available without written permission of Intellectual Ventures. Copyright © 2023 Intellectual Ventures Management, LLC (IV). All rights reserved.

# EXHIBIT 4

# Intellectual Ventures Financial Services Licensing Program

1. **Comprehensive Industry Program:** This program offers a systematic approach to licensing across the financial services and insurance sectors, encompassing their entire scope.
2. **Non-Negotiable Pricing Framework:** Similar to a Standards Essential Patent (SEP) program, our pricing structure for a portfolio-wide license has been standardized remains, ensuring fairness and consistency.
3. **Tiered Pricing Based on U.S. Revenue:** The pricing tiers are determined by the most recent disclosed U.S. revenue of each licensee, aligning with potential damages in litigation scenarios.
4. **Segment Designations Reflect Industry Groups:** The segment designations align with published Primary Industry Group classifications for each company, facilitating a clear understanding of relevance.
5. **Outreach to All US-Based Financial Services and Insurers:** We're engaging with all financial services and insurance companies operating in the United States to participate in the program.
6. **Scope of Portfolio-Wide License:** A portfolio-wide license applies to all patents IIF has the right to license as of the effective date of the agreement through the life of the patents.
7. **Ongoing Litigations:** To reinforce our commitment, we've initiated patent litigations against JPMC, Liberty Mutual, and Comerica, with further actions planned.

| [redacted] | [redacted] |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

CONFIDENTIAL – SUBJECT TO FRE 408
Copyright © 2023 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# EXHIBIT 5

**From:** Steve Joroff
**To:** Ben Huber
**Subject:** Re: [EXTERNAL] RE: Meeting Follow Up Summary
**Date:** Wednesday, March 13, 2024 2:09:50 PM
**Attachments:** image001.png
20240313.Assurant IVGL PLA compare + MFN.docx

---

Hi Ben,

Attached is a draft Agreement with the MFN language. The availability of an MFN to financial services licensees will not be indefinite so I recommend that if you plan to take a license, you do so sooner than later. Please let me know if you have any questions.

Best,

**Steve Joroff**
Intellectual Ventures
E - sjoroff@intven.com
M - 732.995.0230
O - 425.247.2280
Schedule a meeting: Use this link to schedule a meeting with Steve

This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email. Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.

---

**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Thursday, February 15, 2024 5:33 PM
**To:** Ben Huber <benjamin.huber@assurant.com>
**Subject:** Re: [EXTERNAL] RE: Meeting Follow Up Summary
Hi Ben,

Thanks for confirming. I'll send the MFN language as soon as possible. It might take a week or two because it requires exception approvals, but I will get it to you.

You'll be interested to know that I have a meeting set with the other consumer electronics insurance company whose name also starts with an A.

Best,

**Steve Joroff**
Intellectual Ventures
E - sjoroff@intven.com
M - 732.995.0230
O - 425.247.2280
Schedule a meeting: Use this link to schedule a meeting with Steve

This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email. Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.

---

**From:** Ben Huber <benjamin.huber@assurant.com>
**Sent:** Thursday, February 15, 2024 3:59 PM
**To:** Steve Joroff <sjoroff@intven.com>
**Subject:** [EXTERNAL] RE: Meeting Follow Up Summary

Steve,

I've received both files and am in the process of reviewing them. Please send the MFN materials so I can review them in connection with the draft license.

Thank you,
Ben

Ben Huber
Lead Counsel, Patents
Assurant
T 704.928.5573

---

**From:** Steve Joroff <sjoroff@intven.com>
**Sent:** Monday, February 12, 2024 3:33 PM
**To:** Ben Huber <benjamin.huber@assurant.com>
**Subject:** [External] Re: Meeting Follow Up Summary

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Ben,

Attached are two files. One is a PDF with targeted material on Assurant's use of infringing technologies. Please see pages 21-23.

The other file is a Word document with a draft patent license. This version does not include the MFN clause because it would slow the process down. When you're ready to see the MFN, just let me know. I'll have it prepared ASAP.

Best,

**Steve Joroff**
Intellectual Ventures
E - sjoroff@intven.com
M - 732.995.0230

O - 425.247.2280
Schedule a meeting: Use this link to schedule a meeting with Steve
This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email. Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.

---

**From:** Steve Joroff < sjoroff@intven.com >
**Sent:** Tuesday, February 6, 2024 3:52 PM
**To:** Ben Huber < benjamin.huber@assurant.com >
**Cc:** Vishal Patel - Independent < vpatel@intven.com >
**Subject:** Meeting Follow Up Summary

Hi Ben,

Thanks for taking the time to meet with us today.

The summary of our to-do's:

1. IV to send more specific details about technologies being used that are relevant to the IV patent portfolio.

2. IV to send a draft license Agreement.

3. Assurant to review the new material and cross-check which vendors are providing the relevant technologies in item 1.

4. Assurant to provide IV with feedback on vendors and the draft license agreement.

IV to contact Asurion. Thanks!

Best,

**Steve Joroff**
Intellectual Ventures
E - sjoroff@intven.com
M - 732.995.0230
O - 425.247.2280
Schedule a meeting: Use this link to schedule a meeting with Steve
This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email. Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.

---

This e-mail message and all attachments transmitted with it may contain legally privileged and/or confidential information intended solely for the use of the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, forwarding or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message and all copies and backups thereof. Thank you.

# EXHIBIT 6

# IIF LICENSING OPPORTUNITY: ASSURANT

**CONFIDENTIAL**

Redistribution is prohibited

Copyright © 2024 Intellectual Ventures Management, LLC (IV). All rights reserved.


Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# Legal Disclaimer

The information provided in and with this presentation is provided as of the date this presentation is first delivered. This presentation is confidential and remains the property of Intellectual Ventures Management.

Information regarding any patents provided herein is for illustrative purposes only and the fact that any particular patent or patent claim has been or is now being presented should not be interpreted to mean that such patents/patent claims are the "only" or "best" that could be presented. IIF offers options to license its entire patent portfolio as well as a license to (a) any and all patents that formed the basis of any EOUs, or (b) specifically identified patents selected, in either case, with the availability of any such license not being conditioned upon licensing any of the other IIF patents.

Interpretation of claim terminology is a matter of claim construction that is reserved for the courts. The use of any claim terminology in this presentation does not represent the final position on claim construction, nor is it an admission of claim construction. The parties understand that claim terms may be modified or adapted which may result in multiple or alternate interpretations of claim language. The parties acknowledge that a future position regarding any patent or patent claim may change or be contrary to any position taken with respect to such patent/patent claim in this presentation. Similarly, no position is being taken with respect to whether any patent or patent claim is essential or non-essential to any standard, nor whether any patent or patent claim confers a market dominant position.

Certain information contained in this presentation constitutes "forward-looking statements," which can be identified by the use of forward-looking terminology such as "may," "will," "should," "expect," "anticipate," or "believe," the negatives thereof or comparable terminology. Actual events or performance may differ materially from those contemplated in such forward-looking statements.

Certain information contained herein has been obtained from sources prepared by third parties. While such information is believed to be reliable for the purpose used herein, Intellectual Ventures Management does not assume any responsibility for the accuracy or completeness of such information and has not independently verified such information.

Any oral comments or suggestions are made in an effort to facilitate communication and are not final or binding on the parties. There is no obligation on the part of any party with respect to any transactions contemplated herein and any such transactions will be subject to separately negotiated definitive agreement(s), including any other necessary documents related to the agreement(s), that have been approved and executed by the applicable parties.

All trademarks and tradenames used herein are the property of their respective owners.

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.



INTELLECTUALVENTURES®

# Executive Summary

- Intellectual Ventures (IV) formed and continues to manage the **Invention Investment Funds (IIF)** - the largest and most well-known patent aggregator worldwide
- IIF **deployed nearly $3B to** acquire, maintain and monetize a global patent portfolio and has generated **many billions in revenue** as a result
- Over **100 companies are licensees** to the IIF portfolio, including 40% of the top 50 global technology companies; many of the **licensees provide financial services**
- **90+% of licenses** are granted **without the need for litigation**, and litigation settlements have resulted in a license to all or part of the IIF portfolio
- **IIF strategically sells* patents** to companies who further extract value from the unlicensed portion of the market, continuously increasing risk for unlicensed parties
- **750+ sold patents** have made their way into litigation by both Operating Companies (OpCos) and Patent Assertion Entities (PAEs); **many in the financial services industry have been impacted by IIF-divested patents**
- A license now includes the option to license all of IIF's **6,300+ patent assets**†, including all patent assets divested by IIF in the future

**Upon a sale of an asset, IIF transfers all substantial rights in that asset*

*†As of Jan 1, 2024*

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.



INTELLECTUALVENTURES®

# Agenda

- Overview of Invention Investment Funds (IIF)
- IIF Portfolio's Relevancy to Assurant
- Divestitures Create Risk for Assurant
- Benefits of an IIF License

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# Formation of IIF Funds— a Milestone in Patent Aggregation



**Nathan Myhrvold**

***Co-Founder & CEO***
Previously Chief Strategist and CTO at Microsoft



**Edward Jung**

***Co-Founder***
Previously Chief Architect at Microsoft



**Peter Detkin**

***Co-Founder***
Previously VP & Assistant General Counsel at Intel

**Year Founded: 2000**

**Philosophy: Identify and purchase patents representing key innovations**

**Committed Capital[1]: $5B+**

**Patents Acquired[1]: 50,000+**

**Revenue to Date[1]: $4.7B+**

***"Connecting a network of sellers, buyers, and investors of invention"***

*[1]Numbers pertain to IIF funds*

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.



INTELLECTUALVENTURES®

# IIF invested billions to acquire tens of thousands of patents

## IIF has been one of the leading buyers of brokered patent assets for years




**$2.2B Upfront Spend** **~50K Int'l Assets** **~30K US Assets**

- From 2003-2013, IIF spent approximately $**2.2B** acquiring **~81,000 total assets** for the IIF Portfolio
- IIF acquired these assets in over **2,000 unique deals**
- IIF has spent over **$700M** to prosecute and maintain the IIF Portfolio
- **Over 6,300** patent assets are active today

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.



INTELLECTUALVENTURES®

# IIF's flagship portfolio includes assets from global leaders

## Sources span the innovation value chain, from basic research to industry leaders

| | *Total # of deals by source* | *Selected examples from among ~1,500 sources* |
|---|---|---|
| **Gov't/Research Agencies** | **50+** | Korea Advanced Institute of Science and Technology; ITRI Industrial Technology Research Institute; Fraunhofer; U.S. Naval Research Laboratory; ETRI Electronics and Telecommunications Research Institute |
| **Universities/ Individual Inventors** | **600+** | University of California; 香港城市大學 City University of Hong Kong; University of British Columbia; Caltech; NUS National University of Singapore |
| **Small- to Mid-Size Companies** | **1,100+** | Transmeta Corporation; Telcordia; General Magic; UNIVA; coraid; IPWireless; Conexant; SS8; sensoria; MOSAID; MagnaChip |
| **Large Companies[1]** | **250+** | *Automotive*: Daimler, Delphi Technologies; *Consumer Electronics*: motorola, NOKIA; *Industrials*: Raytheon, Lockheed Martin; *Cloud/Infrastructure*: NEC, Alcatel·Lucent; *Semi/Components*: NXP, ST Microelectronics |

[1]Defined as companies with +$500M in annual revenue

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# IIF buying program includes several marquee acquisitions

***These headline deals helped Intellectual Ventures "kickstart the secondary market in patents"[1]***

### Apple, Google and others win as Kodak sells patents to Intellectual Ventures and RPX Corporation for $525m

- Seminal portfolio for digital imaging and image software comprised of over 2,000 US and int'l assets
- Licensing-grade, litigation-tested patent assets
- IIF led a consortium consisting of over a dozen members receiving a license under these patents, solidifying its role as an IP leader

*Source: thenextweb.com*

### Intellectual Ventures Acquires Transmeta Patent Portfolio

January 28, 2009 *BELLEVUE, Wash.*

- Nearly 300 patents and applications covering low-power processors used across mobile devices, "code morphing" techniques, and very long instruction word design architecture
- Previous licensing of portfolio generated over $300M in revenue

*Source: Intellectual Ventures press release*

### IV Collaborates with NVIDIA to Acquire Essential Wireless Patents

May 14, 2012

- Over 500 patents and applications covering LTE, LTE-Advanced, and 3G/4G technologies, including SEPs
- Acquired in partnership with NVIDIA
- Deal strengthened NVIDIA's defensive positioning and substantially reduced litigation risk to market from a strong mobile portfolio

*Source: Intellectual Ventures press release*

*1'Top buyer Intellectual Ventures…', IAM blog, April 2017*

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.



INTELLECTUALVENTURES®

# The IIF Portfolio is still under active development

**Our internal prosecution teams continue to mine specifications for valuable innovations**

| >70 | >70 | >45 |
|---|---|---|
| Families with open apps | Unique invention sources | Geographic coverage of filed applications |

**Wireless Communications**

**Content Delivery & Streaming**

**Networking**

**Content Discovery**

***…and more***

Telcordia
AT&T
NOKIA
IPWireless
verizon
RECURSION SOFTWARE, Inc

***IIF has successfully prosecuted thousands of applications, with 7,250+ patents granted since acquisition.***
***And we continue to prosecute . . .***

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.



INTELLECTUALVENTURES®

# The importance of IIF assets has been widely recognized

**40% of top-50[1] global technology companies have completed a license deal with IIF**

Additional Companies available only under NDA

[1]*Based on 2021 revenue and sourced from Fortune*

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# IIF portfolio repeatedly validated in litigation

## IIF has filed 160+ cases to date, against 85+ companies, generating ~$1B of licensing revenue



- Cases filed in the US (District Court, Federal Circuit, ITC) and in EU (Germany, France)
- IIF has contested 210+ PTAB proceedings
- Over 85 appeals pursued at the Federal Circuit
- In 6 of 7 trials, juries have found at least 1 asserted patent infringed and have found all infringed patents valid

***Exemplary Technologies***



Connected Devices | Cloud | Telecom | Networking | Memory & FPGA | Auto




CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.



INTELLECTUALVENTURES®

# IIF recent litigation campaigns

***Where necessary, IIF enters into multi-patent/multi-tech litigation campaigns to support its licensing efforts***

| Campaign | Defendants | Filing Year | Status | Patents in suit | General Tech Areas |
|---|---|---|---|---|---|
| **Financial Services** | JP Morgan Chase, Comerica, Liberty Mutual | 2023 | Active | 7280998, 7314167, 7712080, 7949785, 8332844, 8407722 | Big Data & Enabling Technologies, Mobile Transactions |
| **Connected Devices** | Extreme, Lenovo, OnePlus, TCL, TP-Link, Zebra, Ubiquiti | 2023 | Active/Resolved | 7089443, 7325140, 7386036, 7623439, 7646835, 8474016, 8594122, RE44706 | Processing, Wi-Fi |
| **Automotive** | GM, Honda, Toyota, Volvo | 2021, 2022, 2023 | Active/Resolved | 6832283, 7382771, 7484008, 7684318, 7891004, 8811356, 8953641, 9232158, 9291475, 9602608, 9681466, 9934628, 10292138 | LTE, Wi-Fi, Vehicle Networks, Navigation, Camera systems |
| **Server/Storage** | EMC, NetApp, HPE, VMware | 2016, 2020 | Resolved | 6516442, 6618736, 6633945, 6775745, 6779082, 6816464, 6968459, 7325140, 7464240, 7555586, 7783788, 7822841, 7882320, 8275827, 8474016, 9098685, RE42153, RE44818 | Storage Redundancy, Processing, SATA, Flash Memory, Cloud Storage, Virtualization |
| **Networking** | Arista, HPE (Aruba) | 2019, 2020 | Resolved | 6618736, 6816464, 7016963, 7173931, 7949752, 7623439, 8023991, 8725132, 9092546, 9338217, 9686378, 11265787, RE42153, RE42726, RE43051, RE44686, RE44818, RE44706 | WiFi-802.11x, Enterprise WLAN systems, Network Switching, Virtualization |
| **Printing** | HP, Inc. | 2020 | Resolved | 6841830, 7038819, 8427716 | Printer, MOSFET, Scanners |
| **US & EP Telecom** | AT&T, Ericsson, Sprint, T-Mobile, Frontier, Bouygues, Orange, SFR, Deutsche Telekom, Telefonica, Vodafone | 2015 - 2018 | Active/Resolved | 5339352, 5534912, 5557677, 5602831, 5768509, 5790548, 5790793, 5960032, 5963557, 6023783, 6101182, 6115737, 6131032, 6170073, 6246695, 6266348, 6370153, 6424636, 6498808, 6567473, 6628629, 6640248, 6647068, 6654410, 6667991, 6798735, 6952408, 6977944, 7136392, 7269127, 7272171, 7343011, 7359971, 7385994, 7412517, 7450957, 7496674, 7508876, 7649928, 7787431, 7817532, 7826545, 7848353, 7860175, 8045601, 8078200, 8310993, 8369275, 8396079, 8682357, 8897828, 8953641, 9320018, 9532330, 9681466, RE41490, RE43306, RE46206, EP0896488, EP1034002, EP1261177, EP1304002, EP1327374, EP1344323, EP1362446, EP1641174, EP1694020, EP1779545, EP2027681, EP2146439, | 3G, LTE, DSL, Compression, Wi-Fi, Wired Networking, OSS/BSS |

*As of November 2023*

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.



INTELLECTUALVENTURES®

# IIF litigation tends to be in multiple waves

***HPE Example:***

***Six cases with 22 IIF patents filed***

***New Waves Targeted New Revenue Streams***

***Exposure Increased as Time Passed***

| | | | |
|---|---|---|---|
| Intellectual Ventures I LLC et al v. Hewlett Packard Enterprise Company | 1-22-cv-01350 | DDE | Oct. 13, 2022 |
| Intellectual Ventures II LLC v. Hewlett Packard Enterprise Co. | 6-22-cv-00703 | WDTX | Jun. 30, 2022 |
| Hewlett Packard Enterprise Company v. Intellectual Ventures I LLC et al | 1-22-cv-00730 | DDE | Jun. 02, 2022 |
| Intellectual Ventures II LLC v. Hewlett Packard Enterprise Co. | 6-21-cv-01298 | WDTX | Dec. 15, 2021 |
| Intellectual Ventures I LLC et al v. Hewlett Packard Enterprise Co. | 6-21-cv-00596 | WDTX | Jun. 11, 2021 |
| Intellectual Ventures I LLC et al v. Hewlett Packard Enterprise Company | 6-21-cv-00226 | WDTX | Mar. 09, 2021 |

*As of August 2023*

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# Examples of recent resolutions of IIF litigation campaigns

Following a productive end to 2022, IIF continues right where they left off – ringing in the New Year with a new licensing agreement.

On January 4, 2023, Intellectual Ventures (IV®) announced it has entered into an intellectual property license agreement with Hewlett Packard Enterprise (HPE), providing access to IV's Invention Investment Fund patent portfolio. "Through this agreement, HPE gets ready access to a broad set of inventions. This comprehensive license brings an end to all litigation between both parties," said Mathen Ganesan, executive vice president Invention Investment Funds at Intellectual Ventures.

---

INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,

Plaintiffs,

v.

HP INC.,

Defendant.

Civil Action No. 6:20-cv-624

JURY TRIAL DEMANDED

ORDER OF DISMISSAL WITH PREJUDICE

SIGNED this 18th day of June, 2021.

---

LAW360®

Portfolio Media. Inc. | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

## Intellectual Ventures, Honda Agree To End Wireless IP Dispute

By **Lauren Berg**

Law360 (February 2, 2023, 6:17 PM EST) -- Patent licensing company Intellectual Ventures and Honda Motor Co. Ltd. told a Texas federal judge Wednesday that they have worked out a resolution to their intellectual property dispute over wireless communications patents.

The companies in a brief joint motion to dismiss told U.S. District Judge Ada Brown that they have resolved both Intellectual Ventures' claims and Honda's counterclaims in the suit that was **first filed** in the Eastern District of Texas before it was **refiled this past April** in Texas' Northern District, alleging that Honda's infotainment systems, 4G platform, GPS system and Wi-Fi connectivity infringe nearly a dozen patents.

---

Bloomberg Law

April 7, 2023, 1:01 PM

## GM Settles Ex-Microsoft CTO's Patent Suit Over OnStar System

**Laurel Brubaker Calkins**

- Trial had been set to start in West Texas July 25
- Case centered on wireless communications patents

General Motors Co. agreed in principle to settle a patent infringement lawsuit over theOnStar wireless communications system used in its Cadillac, Chevrolet, GMC and Buick brands.

Western District of Texas Judge Alan Albright on Friday stayed all deadlines and gave the parties until May 17 to finalize their deal. The largest US automaker and plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC—a pair of patent management companies founded in 2000 by Nathan Myhrvold, Microsoft's former chief technology officer—informed him of the pact Thursday.

---

**Civil Action No. 2:21-cv-00389-JRG-RSP**

Dated: February 24, 2023

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "IV" or "Plaintiffs") and Defendants Toyota Motor Corp, Toyota Motor North America, Inc., Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales, U.S.A, Inc. (collectively, "Toyota" or "Defendants") jointly move the Court to stay all pending deadlines and adjourn the hearing set for March 7, 2023. The parties have reached an agreement in principle that resolves all disputes in the above-captioned litigation. The parties request that the case be stayed until March 27, 2023, so that they can finalize a formal agreement. The parties do not make this motion for purposes of delay, but for good cause.

---

INTELLECTUAL VENTURES I LLC,

Plaintiff,

v.

EXTREME NETWORKS, INC.,

Defendant.

Civil Action No. 23-cv-489-JNR

NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff dismisses this action with prejudice.

Dated: August 8, 2023

Respectfully submitted,

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.



INTELLECTUALVENTURES®

# Agenda

- Overview of Invention Investment Funds (IIF)
- IIF Portfolio's Relevancy to Assurant
- Divestitures Create Risk for Assurant
- Benefits of an IIF License

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.



INTELLECTUALVENTURES®

# The IIF Portfolio spans 16 different Technology Blocks

Relevant to the Financial Services Industry

## …many of which are relevant to the financial services industry

| Block | Assets | Technology |
|---|---|---|
| WCT | 918 Assets (544 US) | Wireless Communications Technologies |
| WBC | 140 Assets (91 US) | Wire Based Communications |
| HCI | 144 Assets (124 US) | Hybrid Cloud Infrastructure |
| SSM | 598 Assets (343 US) | Server, Storage, and Memory Components |
| MCD | 468 Assets (380 US) | Media Creation and Delivery |
| CDR | 218 Assets (202 US) | Content Discovery and Recommendation |
| NNV | 585 Assets (376 US) | Networking and Network Virtualization |
| SAA | 300 Assets (230 US) | Security and Authentication |
| DIA | 543 Assets (348 US) | Data & Image Acquisition |
| LBS | 64 Assets (31 US) | Location Based Services |
| UXD | 349 Assets (241 US) | UI/UX, Digital Displays |
| DPI | 112 Assets (94 US) | Digital Payments Infrastructure |
| AVE | 111 Assets (85 US) | Autonomous Vehicle Engineering |
| CAP | 139 Assets (109 US) | Compute and Advanced Processing |
| SPF | 1,446 Assets (1,002 US) | Semiconductors, Process and Fabrication |
| RDM | 243 Assets (204 US) | Record & Document Management |

*As of Jan 1, 2024*

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.



INTELLECTUALVENTURES®

# IIF Technology Blocks – active asset counts

| Technology Block | Total Assets | Granted Patents | Pending Apps | | Europäisches Patentamt European Patent Office Office européen des brevets | | ROW |
|---|---|---|---|---|---|---|---|
| Autonomous Vehicle Engineering | 111 | 109 | 2 | 85 | 15 | 3 | 8 |
| Compute & Advanced Processing | 139 | 138 | 1 | 109 | 9 | 7 | 14 |
| Content Discovery & Recommendation | 218 | 206 | 12 | 202 | 6 | 2 | 8 |
| Data & Image Acquisition | 543 | 540 | 3 | 348 | 42 | 29 | 124 |
| Digital Payments Infrastructure | 112 | 109 | 3 | 94 | 7 | 2 | 9 |
| Hybrid Cloud Infrastructure | 144 | 141 | 3 | 124 | 6 | 4 | 10 |
| Location Based Services | 64 | 62 | 2 | 31 | 28 | 1 | 4 |
| Media Creation & Delivery | 468 | 456 | 12 | 380 | 44 | 12 | 32 |
| Networking & Network Virtualization | 585 | 580 | 5 | 376 | 112 | 35 | 62 |
| Record & Data Management | 243 | 242 | 1 | 204 | 9 | 9 | 21 |
| Security, Authentication & Authorization | 300 | 295 | 5 | 230 | 40 | 9 | 21 |
| Semiconductors, Process and Fabrication | 1,446 | 1,442 | 4 | 1,002 | 125 | 97 | 222 |
| Server, Storage & Memory | 598 | 598 | - | 343 | 54 | 64 | 137 |
| UI/UX, Digital Displays | 349 | 344 | 5 | 241 | 24 | 18 | 66 |
| Wired-Based Communications | 140 | 139 | 1 | 91 | 30 | 5 | 14 |
| Wireless Communications | 918 | 895 | 23 | 544 | 234 | 48 | 92 |
| | **6,378** | **6,296** | **82** | **4,404** | **785** | **345** | **844** |

*ROW – Rest of world* *As of Jan 1, 2024*

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.



INTELLECTUALVENTURES®

# The IIF Portfolio is relevant to various standards and platforms

## IIF assets are relevant to a wide spectrum of standards platforms used across several industries

**Cellular**

3G 4G LTE 5G HD+

**Video Codecs**

H.264 MPEG-4/AVC
H.265 HEVC High Efficiency Video Coding
AV1

**WiFi**

Wi-Fi 4 802.11n
Wi-Fi 5 802.11ac
Wi-Fi 6 802.11ax
WiFi HOTSPOT
DIRECT WiFi
WiFi WPA3

**Semi**

Cortex-A & Cortex-M
ARM big.LITTLE
JEDEC Low Power DDR (LPDDR)

**Auto-Specific**

MOST COOPERATION
FlexRay
AUTOSAR

**Other Stds & Platforms**

Bluetooth
SAML v2.0
OAuth 2.0
User Authentication

**Big Data & Enabling Technologies**

Apache Airflow
Apache kafka
kubernetes
docker
presto
Flink
splunk
redis
hadoop
Apache Spark
druid
cassandra

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.



INTELLECTUALVENTURES®

# IIF Portfolio reads on many Open-Source / Enabling Technologies

## Containerization & Microservices

**docker** – uses OS-level virtualization to deliver software in packages called containers.

**kubernetes** – a platform for automating deployment, scaling, and operations of application containers across clusters of hosts.

## Data Ingest

**Apache kafka** – a unified, high-throughput, low-latency platform for handling real-time data feeds.

**NATS** – a messaging system that acts as a distributed messaging queue for cloud native applications

**RabbitMQ** – a message-oriented middleware based on Advanced Message Queuing Protocol

## Data Processing

**Apache Spark** – a cluster-computing framework with implicit data parallelism and fault tolerance.

**samza** – a near-real time, asynchronous computational framework for stream processing

## Querying

**Apache HBASE** – A non-relational distributed database that runs on top of Hadoop

**druid** – a distributed data store designed to quickly ingest massive quantities of data and provide low-latency queries on top of the data.

**presto** – a SQL query engine that enables queries of data from multiple data sources within a single query.

**Kafka Connect** – a centralized data hub for simple data integration between databases, key-value stores, search indexes, and file systems.

## Data Storage

**mongoDB** – a database management system for processing jobs involving data that doesn't fit well in a rigid relational model.

**cassandra** – a NoSQL database system designed to handle large amounts of data across many commodity servers.

**SCYLLA** – is distributed NoSQL column-oriented data store.

## Data Storage

**hadoop** – a framework for distributed storage and processing of big data using the MapReduce programming model.

**redis** – a distributed in-memory key–value database

**elasticsearch** – a distributed, multitenant-capable full-text search engine with an HTTP web interface and schema-free JSON documents.

## Coordinate/Schedule

**Apache Airflow** – uses directed acyclic graphs (DAGs) to manage workflow orchestration.

**Flink** – a stream-processing framework that executes arbitrary dataflow programs in a data-parallel and pipelined manner

**Apache STORM** – a distributed stream processing computation framework.

**Luigi** – an execution framework that supports tasks dependencies and includes a central scheduler for building data pipes

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.



INTELLECTUALVENTURES®

# Open-Source Software – Business Impact

## SOFTWARE & APPLICATIONS







- Accelerate development
- Automate routine processes
- Scale with business needs
- Faster time to market
- Cost & resource optimization

The combination of Docker and Kubernetes offers a powerful solution for managing machine learning applications. Docker provides reproducibility, portability, and easy dependency management, while Kubernetes enables efficient scaling, resource management, and orchestration of containers. Together, they allow organizations to unlock the full potential of machine learning in a scalable and reliable manner.

https://www.datacamp.com/tutorial/containerization-docker-and-kubernetes-for-machine-learning

## DATA PROCESSING & ANALYTICS




kafka    APACHE Spark

- Real-time big data processing, streaming & analytics
- Fault tolerance & scalability
- Customized user experiences
- Customer retention

## DATA STORAGE & RETREIVAL




Cassandra    mongoDB

- Reliable business operations
- Secure and robust
- Fault tolerance & scalability
- Distributed architecture for handling big data

Gartner defines Open-source program office (OSPO) as the center of competency to build strategies for governing, managing, promoting and efficiently using open-source software (OSS) and open-source data or models, which will be critical for developer experience. Gartner's 2023 hype cycle for emerging technologies places OSPO at the peak of expectations with mainstream adoption expected to reach in another 2 to 5 years[1]. Gartner has also previously reported that 70% of enterprises will increase IT spending on open-source software through 2026[2].

[1] https://www.gartner.com/en/articles/what-s-new-in-the-2023-gartner-hype-cycle-for-emerging-technologies
[2[ https://thenewstack.io/embracing-open-source-for-greater-business-impact/

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.



INTELLECTUALVENTURES®

# Tech Focus: Big Data in Insurance




https://jelvix.com/blog/big-data-in-insurance

ASSURANT®

**APEX: Embedded Insurance, APIs and More**

## Turnkey digital technology that integrates our products and services into yours

Generate more revenue and provide a better customer experience.

https://www.assurant.com/partner-with-us/apex/global-housing

### Assurant and Tekion Announce Industry-First Partnership to Improve Digital F&I Experiences in Automotive Retail

Through this partnership, Assurant and Tekion will develop innovative integrations that will bring dynamic digital content merchandizing and actionable insights via big data and machine learning to auto dealers. Dealers will be able to present relevant protection products to every vehicle buyer during their purchase experience both online and in-store.

https://www.assurant.com/newsroom-detail/NewsReleases/2022/February/assurant-and-tekion-announce-industry-first-partnership-to-improve-digital-f-i-experiences-in-automotive-retail

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# Tech Focus: Assurant's Example use of OSS Applications

## SOFTWARE & APPLICATIONS




**Kubernetes & Docker work together to build & run containerized applications**




## DATA STORAGE & RETREIVAL




**Assurant, Inc. - Company Information**

**Technology Stack**

**Apache Hadoop**

Hadoop is an open-source software framework written in Java for distributed storage and di...

https://6sense.com/company/assurant/5b8915707c866675e50fdb47

**Smart Care For Smart Drivers**

Check on a claim or manage your contracts.

**Download "Vehicle Care by Assurant" App**

- Receive just-in-time vehicle maintenance notifications
- Access your roadside provider
- Connect with a vehicle technology expert

https://vehiclecareplan.com/

## AI/Data Science Intern

- United States Virtual
- # R-101883
- Intern/Temp
- Full Time
- Added terça-feira, 30 de janeiro de 2024

**What other skills/experience would be helpful to have?**

- Experience with containerization technologies in Docker and Kubernetes is a plus

https://jobs.assurant.com/pt/empregos/job/ai-data-science-intern-united-states-virtual-r-101883/

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.



INTELLECTUALVENTURES®

# Example IIF patents relevant to Assurant

**Modelling/ Recommendations**
US RE44559
US RE43031

**Databases**
US 9607022
US 7844759
US 9055407
US 7640381

**Compute**
US 7137121
US 7496727
US 7512724
US 7646835
US 7653736
US 7747896
US 7793347
US 7925815
US 7966467
US 8473706
US 8522253
US 8898395

**5G / 4G LTE**
US 8064382
US 8811356
US 8953641
US 9532330
US 9681466
US 9706500
US 10292138
US 10932232
US 10952153
US 11206670

**POS**
US 7729995
US 8752760
US 7464862
US 8266124

**Wi-Fi**
US 8027326
US 8594122
US 7623439
US 7684318

**ATM**
US 7764947
US 7424303
US 7821684
US 6931539

**Financial Services**
US 7243078
US 7275134
US 7451110
US 7644027
US7620597
US 8494972

**Payments and Mobile Banking**
US 7314167
US 8051006
US 9002712
US 7331518
US 8645282
US 7379921
US 8060437
US 8515847
US 8001047
US 7021530
US 8195526
US 7209733
US 8223018
US 7890395
US 10567391
US 7519826

**User Interface**
US 10346528
US 9342494
US 8373582

**Cards**
US 10872816
US 7172115
US 8487769
US 7210621

**Security/ SSO**
US 7260555
US 9245266
US 8515847
US 6931539

**Containerization & Microservices**

docker — Kubernetes
US 7949785
US 8332844
US 7721282
US 7822841
US 7937471
US 7949785

**Big Data & Enabling Tech**

mongoDB
US 7203711
US 7257582
US 8219576

Kafka
US 7051070
US 8407722

Hadoop
US 7257582
US 7712080
US 7672903
US 7681034
US 8473906

Apache Airflow
US 7669081
US 7712080
US 8473906

cassandra
US 9043635

Apache Spark
US 7712080
US 7257582
US 8473906

redis
US 7051070
US 7937471

Flink
US 7712080
US 7669081

druid
US 7257582
US 7280998
US 8473906

elasticsearch
US 7203711
US 7257582
US 8219576
US 8447762

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.



INTELLECTUALVENTURES®

# Agenda

- Overview of Invention Investment Funds (IIF)
- IIF Portfolio's Relevancy to Assurant
- Divestitures Create Risk for Assurant
- Benefits of an IIF License

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.



INTELLECTUALVENTURES®

# IIF Divestitures creates market risk

- IIF has consistently ranked as one of the **largest patent sellers** on the market (see IAM rankings)
- IIF **sells select patents** from its vast portfolio to optimize the portfolio, generate economic returns and achieve strategic licensing objectives
- IIF has **sold over 6,000 active assets** and contracted nearly a quarter billion dollars of revenue
- Buyers include OpCos, Financial Investors, and PAEs
- **750+ sold IIF patents litigated** by various buyers in **1,900+ litigation cases** against **1,450+ defendants**, including those from the financial services industry
- IIF intends to **continue to sell patents** and, based on past experience, expects a majority of those buyers will enforce purchased patents in litigation

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# Divestitures create inefficiencies for unlicensed companies




https://www.rpxcorp.com/intelligence/blog/q3-in-review-patent-litigation-swings-upward-as-sep-owners-benefit-from-major-rulings/

***IIF sales create a many-to-many licensing dynamic***

- **IIF sales create inefficiencies for unlicensed companies, who then need to resolve risk serially in the open market**
- **Unlicensed companies face high-stakes and expensive patent litigation, with potential for:**
  - **Injunctions**
  - **Exclusion orders**
  - **Patent damages in the form of lost profits and running royalties**
- **Competitors are acquiring IIF assets and using them to improve cross-licensing positions**

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.



INTELLECTUALVENTURES®

# Litigation from buyers of IIF assets has ramped up

## New Cases in Litigation on IIF sold patents continues to increase




*As of Dec 2023*

Case filings based on publicly available information

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.



INTELLECTUALVENTURES®

# Financial Services cos. have been targeted by divested assets

## 45+ cases filed against more than 25 Banking/Insurance/Trading Co's with ~27 divested IIF patents




Case filings based on publicly available information

*Chart shows relative number of cases per defendant*




CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.



INTELLECTUALVENTURES®

# Agenda

- Overview of Invention Investment Funds (IIF)
- IIF Portfolio's Relevancy to Assurant
- Divestitures Create Risk for Assurant
- Benefits of an IIF License

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# IIF Portfolio License Opportunity

- IIF's **6,300+ active patent assets** are the culmination of hundreds of millions of dollars in R&D investment from notable entities
- IIF Portfolio is **market-validated with multiple licensees, including those from the financial services industry**
- **A single license to a diverse set of inventions in the IIF Portfolio** is more economical than cost/time of internal R&D or acquisition of similarly diverse patented technologies
- **The aggregation era has ended** and IIF has developed a strategy to transfer large marquee portfolios and focused portfolios to PAEs who have run well-funded campaigns
- A license now includes the option to license all of IIF's **6,300+ patent assets**, including all patent assets divested by IIF in the future

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.



INTELLECTUALVENTURES®

INTELLECTUAL VENTURES®

CONFIDENTIAL. REDISTRIBUTION IS PROHIBITED
Copyright © 2024 Intellectual Ventures Management, LLC (IV).
All rights reserved.

# EXHIBIT 7

**From:** Howell, Matthew
**To:** sjoroff@intven.com
**Cc:** Huber, Ben; Broyles, Keith; Finch, Thomas
**Subject:** RE: [EXTERNAL] RE: Meeting Follow Up Summary
**Date:** Friday, March 15, 2024 4:32:37 PM
**Attachments:** image001.png

You don't often get email from matthew.howell@alston.com. Learn why this is important

Hi Steve,

I wanted to reach out to introduce myself and my colleagues, Keith and Tom. We have been retained by Assurant as counsel to help it in connection with its patent dispute with Intellectual Ventures.

Based on our investigation, we do not believe that Assurant has infringed any of the patents that Intellectual Ventures has claimed read on technology that Assurant allegedly uses, and thus Assurant does not intend to take a license at this time. We understand that you have been speaking with Ben about potential licensing, and one of us will reach out soon.

Regards,
Matt

Matthew W. Howell
Partner
**ALSTON & BIRD**
1201 W. Peachtree St.
Atlanta, GA 30309
+1 404 881 7349 (O)
Matthew.Howell@alston.com

---

**From:** Steve Joroff < sjoroff@intven.com >
**Sent:** Wednesday, March 13, 2024 5:09 PM
**To:** Ben Huber < benjamin.huber@assurant.com >
**Subject:** Re: [EXTERNAL] RE: Meeting Follow Up Summary

Hi Ben,

Attached is a draft Agreement with the MFN language. The availability of an MFN to financial services licensees will not be indefinite so I recommend that if you plan to take a license, you do so sooner than later. Please let me know if you have any questions.

Best,

**Steve Joroff**

Intellectual Ventures

E - sjoroff@intven.com

M - 732.995.0230

O - 425.247.2280

Schedule a meeting: Use this link to schedule a meeting with Steve

This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email. Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.

---

**From:** Steve Joroff < sjoroff@intven.com >
**Sent:** Thursday, February 15, 2024 5:33 PM
**To:** Ben Huber < benjamin.huber@assurant.com >
**Subject:** Re: [EXTERNAL] RE: Meeting Follow Up Summary

Hi Ben,

Thanks for confirming. I'll send the MFN language as soon as possible. It might take a week or two because it requires exception approvals, but I will get it to you.

You'll be interested to know that I have a meeting set with the other consumer electronics insurance company whose name also starts with an A.

Best,

**Steve Joroff**

Intellectual Ventures

E - sjoroff@intven.com

M - 732.995.0230

O - 425.247.2280

Schedule a meeting: Use this link to schedule a meeting with Steve

This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email. Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.

---

**From:** Ben Huber < benjamin.huber@assurant.com >
**Sent:** Thursday, February 15, 2024 3:59 PM
**To:** Steve Joroff < sjoroff@intven.com >
**Subject:** [EXTERNAL] RE: Meeting Follow Up Summary

Steve,

I've received both files and am in the process of reviewing them. Please send the MFN materials so I can review them in connection with the draft license.

Thank you,
Ben

Ben Huber
Lead Counsel, Patents
Assurant
T 704.928.5573

---

**From:** Steve Joroff < sjoroff@intven.com >
**Sent:** Monday, February 12, 2024 3:33 PM
**To:** Ben Huber < benjamin.huber@assurant.com >
**Subject:** [External] Re: Meeting Follow Up Summary

**CAUTION:** This email originated from outside of the organization. Do not click links or

open attachments unless you recognize the sender and know the content is safe.

Hi Ben,

Attached are two files. One is a PDF with targeted material on Assurant's use of infringing technologies. Please see pages 21-23.

The other file is a Word document with a draft patent license. This version does not include the MFN clause because it would slow the process down. When you're ready to see the MFN, just let me know. I'll have it prepared ASAP.

Best,

**Steve Joroff**

Intellectual Ventures

E - sjoroff@intven.com

M - 732.995.0230

O - 425.247.2280

Schedule a meeting: Use this link to schedule a meeting with Steve

This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email. Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.

---

**From:** Steve Joroff < sjoroff@intven.com >
**Sent:** Tuesday, February 6, 2024 3:52 PM
**To:** Ben Huber < benjamin.huber@assurant.com >
**Cc:** Vishal Patel - Independent < vpatel@intven.com >
**Subject:** Meeting Follow Up Summary

Hi Ben,

Thanks for taking the time to meet with us today.

The summary of our to-do's:

1. IV to send more specific details about technologies being used that are relevant to the IV patent portfolio.
2. IV to send a draft license Agreement.
3. Assurant to review the new material and cross-check which vendors are providing the relevant technologies in item 1.
4. Assurant to provide IV with feedback on vendors and the draft license agreement.

IV to contact Asurion. Thanks!

Best,

**Steve Joroff**

Intellectual Ventures

E - sjoroff@intven.com

M - 732.995.0230

O - 425.247.2280

Schedule a meeting: Use this link to schedule a meeting with Steve

This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email. Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.

---

This e-mail message and all attachments transmitted with it may contain legally privileged and/or confidential information intended solely for the use of the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, forwarding or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message and all copies and backups thereof. Thank you.

---

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.