# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASSURANT, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 24-344-GBW |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| INTELLECTUAL VENTURES I LLC, ) | |
| INTELLECTUAL VENTURES II LLC, and ) | |
| CALLAHAN CELLULAR L.L.C., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.7, the appearance of Thomas Finch is hereby withdrawn as counsel for Plaintiff Assurant, Inc. in the above-captioned action. Plaintiff will continue to be represented by the law firms of Alston & Bird LLP and Richards, Layton & Finger, P.A.

Of Counsel:
Keith E. Broyles
Matthew W. Howell
Carter E. Babaz
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, NE
Atlanta, GA 30309-3424

Dated: September 5, 2024

/s/ Kelly E. Farnan
Steven J. Fineman (#4025)
Kelly E. Farnan (# 4395)
Sara M. Metzler (#6509)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
farnan@rlf.com
metzler@rlf.com

*Attorneys for Plaintiff Assurant, Inc.*