

Kelly E. Farnan
302-651-7705
farnan@rlf.com

May 28, 2026

**<u>BY CM/ECF AND HAND DELIVERY</u>**
The Honorable Gregory B. Williams
U.S. District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

RE:    ***Assurant, Inc. v. Intellectual Ventures I, LLC, et al.*,**
        **C.A. No. 24-344-GBW**

Dear Judge Williams:

The parties respectfully submit the enclosed disputed proposed Scheduling Order, which conforms with the Court's Oral Order. The dispute is limited to Paragraphs 3(e)(i)-(ix) and 3(f)(i)-(iv) concerning initial contentions. The parties respectfully request a scheduling conference.

Assurant requested that the parties submit their positions in this letter, but Defendants declined. Assurant respectfully requests the parties be permitted to file a joint 3-page submission with each side's positions prior to any scheduling conference.

Should Your Honor have any questions, counsel for all parties are available at the convenience of the Court.

Respectfully,

*/s/ Kelly E. Farnan*

Kelly E. Farnan (#4395)

Attachment
cc:  All Counsel of Record (By EM/ECF)