**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ASSURANT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 24-344-GBW |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| INTELLECTUAL VENTURES I LLC, | ) | |
| INTELLECTUAL VENTURES II LLC, and | ) | |
| CALLAHAN CELLULAR L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the deadline for Defendants to respond to Plaintiff's counterclaims (D.I. 43) is extended to August 4, 2026.

Dated: July 21, 2026                                          Respectfully submitted,

*/s/ Kelly E. Farnan*                                          */s/ Michael J. Farnan*
Steven J. Fineman (#4025)                          Brian E. Farnan (#4089)
Kelly E. Farnan (#4395)                               Michael J. Farnan (#5165)
Sara M. Metzler (#6509)                              Farnan LLP
RICHARDS, LAYTON & FINGER, P.A.       919 N. Market St., 12th Floor
One Rodney Square                                       Wilmington, DE 19801
920 North King Street                                   Telephone: (302) 777-0300
Wilmington, DE 19801                                 Fax: (302) 777-0301
(302) 651-7700                                             bfarnan@farnanlaw.com
fineman@rlf.com                                          mfarnan@farnanlaw.com
farnan@rlf.com
metzler@rlf.com                                          *Attorneys for Defendants*

*Attorneys for Plaintiff Assurant, Inc.*

IT IS SO ORDERED this _____ day of July, 2026.

_____
The Honorable Gregory B. Williams