IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASSURANT, INC., <br><br>        *Plaintiff,* <br><br>     v. <br><br> INTELLECTUAL VENTURES I LLC, <br> INTELLECTUAL VENTURES II LLC, and <br> CALLAHAN CELLULAR L.L.C., <br><br>        *Defendants.* <br><hr> INTELLECTUAL VENTURES I LLC, <br> INTELLECTUAL VENTURES II LLC, and <br> CALLAHAN CELLULAR L.L.C., <br><br>        *Counterclaim-Plaintiffs,* <br>     v. <br><br> ASSURANT, INC., <br><br>        *Counterclaim-Defendant.* | C.A. No. 24-cv-344-GBW <br><br> **JURY TRIAL DEMANDED** |

## ANSWER TO PLAINTIFF'S COUNTERCLAIMS
## FOR DECLARATORY JUDGMENT

Defendants Intellectual Ventures I LLC ("Intellectual Ventures I"), Intellectual Ventures II LLC ("Intellectual Ventures II"), and Callahan Cellular L.L.C. ("Callahan Cellular") (collectively "Intellectual Ventures") hereby submit their Answer to Plaintiff Assurant, Inc.'s ("Assurant") Counterclaims for Declaratory Judgment ("Counterclaims") (D.I. 43). Except as otherwise admitted in this Answer, Intellectual Ventures denies each and every allegation in the complaint.

1

## ASSURANT COUNTERCLAIMS

15.     Intellectual Ventures incorporates its responses to the preceding paragraphs as if fully set forth herein.

## COUNTERCLAIMS COUNT I

16.     Intellectual Ventures admits that Assurant purports to seek a declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202. Intellectual Ventures denies that Assurant is entitled to such relief. Except as expressly admitted, Intellectual Ventures denies the remaining allegations of Paragraph 16.

17.     Intellectual Ventures denies the allegations of Paragraph 17.

18.     Intellectual Ventures admits that Assurant purports to seek a declaratory judgment. Intellectual Ventures denies that Assurant is entitled to such relief. Except as expressly admitted, Intellectual Ventures denies the remaining allegations of Paragraph 18.

## COUNTERCLAIMS COUNT II

19.     Intellectual Ventures incorporates its responses to the preceding paragraphs as if fully set forth herein.

20.     Intellectual Ventures admits that Assurant purports to seek a declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202. Intellectual Ventures denies that Assurant is entitled to such relief. Except as expressly admitted, Intellectual Ventures denies the remaining allegations of Paragraph 20.

21.     Intellectual Ventures denies the allegations of Paragraph 21.

22.     Intellectual Ventures admits that Assurant purports to seek a declaratory judgment. Intellectual Ventures denies that Assurant is entitled to such relief. Except as expressly admitted, Intellectual Ventures denies the remaining allegations of Paragraph 22.

## COUNTERCLAIMS COUNT III

23.     Intellectual Ventures incorporates its responses to the preceding paragraphs as if fully set forth herein.

24.     Intellectual Ventures admits that Assurant purports to seek a declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202. Intellectual Ventures denies that Assurant is entitled to such relief. Except as expressly admitted, Intellectual Ventures denies the remaining allegations of Paragraph 24.

25.     Intellectual Ventures denies the allegations of Paragraph 25.

26.     Intellectual Ventures admits that Assurant purports to seek a declaratory judgment. Intellectual Ventures denies that Assurant is entitled to such relief. Except as expressly admitted, Intellectual Ventures denies the remaining allegations of Paragraph 26.

## DEMAND FOR JURY TRIAL

Intellectual Ventures demands a jury trial on all issues and claims so triable.

## PRAYER FOR RELIEF

Intellectual Ventures hereby incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein. Intellectual Ventures denies that Assurant is entitled to the relief requested in paragraphs A-F of its Prayer for Relief and denies the allegations therein.

## AFFIRMATIVE AND OTHER DEFENSES

Subject to the responses above, Intellectual Ventures contend and assert the following affirmative and other defenses in response to the allegations in the Counterclaims. By asserting these defenses, Intellectual Ventures does not admit that it bears the burden of proof on any issue and does not accept any burden it would not otherwise bear. Intellectual Ventures' investigation of its defenses is continuing, and Intellectual Ventures reserves the right to amend its Answer to

3

allege and assert any additional affirmative defenses, at law or in equity, that may now exist or in the future be available based upon discovery and further investigation in this case.

## FIRST DEFENSE

### (Failure to State a Claim Upon Which Relief May Be Granted)

Assurant's Counterclaims fail to state a claim upon which relief may be granted.

## SECOND DEFENSE

### (Failure to Allege a Sufficient Case or Controversy)

Assurant's Counterclaims fail to allege a sufficient case or controversy.

## RESERVATION OF ALL AFFIRMATIVE DEFENSES

Intellectual Ventures hereby gives notice that it intends to rely upon any other matter constituting an avoidance or affirmative defense as set forth in Rule 8(c) of the Federal Rules of Civil Procedure, and that it reserves the right to seek leave to amend this Answer to add to, amend, withdraw, or modify these defenses as its investigation continues and as discovery may require.

Dated:  August 4, 2026

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
**FARNAN LLP**
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants*

*Intellectual Ventures II LLC,*
*Callahan Cellular LLC,*
*OL Security LLC*

4

Of Counsel:

Jonathan K. Waldrop
Marcus A. Barber
John Downing
Heather S. Kim
ThucMinh Nguyen
**KASOWITZ LLP**
101 California Street, Suite 3950
San Francisco, CA 94111
Tel. (415) 421-6140
Fax. (415) 358-4408
JWaldrop@kasowitz.com
MBarber@kasowitz.com
JDowning@kasowitz.com
HKim@kasowitz.com
TNguyen@kasowitz.com

Paul G. Williams
**KASOWITZ LLP**
1230 Peachtree Street, N.E., Suite 3750
Atlanta, Georgia 30309
Tel. (404) 260-6080
Fax. (404) 260-6081
PWilliams@kasowitz.com